AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

**DEFENDANT - U.S.**
▶ JAMES EARL KELLEY (a/k/a "SCOOTER")

DISTRICT COURT NUMBER
CR07-0323 DLJ

FILED
MAY 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   MICHELLE MORGAN-KELLY, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☑ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ 1/17/2007
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## ATTACHMENT A
## PENALTY SHEET

### *UNITED STATES v. JAMES KELLEY*

### COUNTS ONE, TWO, and THREE (COCAINE BASE)
### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 851 Information alleging prior felony narcotics conviction filed:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If No 851 Information alleging prior felony narcotics conviction filed:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOUR (COCAINE BASE)
### (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))

*If 851 Information alleging prior felony narcotics conviction filed:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If No 851 Information alleging prior felony narcotics conviction filed:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE (POWDER COCAINE)
## (21 U.S.C. §§ 841(a)(1), (b)(1)(C))

*If 851 Information alleging prior felony narcotics conviction filed:*

Imprisonment:          Maximum 30 Years Imprisonment

Fine:                  Maximum $2,000,000

Supervised Release:    Maximum Lifetime Supervised Release
                       Mandatory Minimum 6-Year Term of Supervised Release

Special Assessment:    $100

*If No 851 Information alleging prior felony narcotics conviction filed:*

Imprisonment:          Maximum 20 Years Imprisonment

Fine:                  Maximum $1,000,000

Supervised Release:    Maximum Lifetime Supervised Release
                       Mandatory Minimum 3-Year Term of Supervised Release

Special Assessment:    $100

## COUNT SIX
## (18 U.S.C. § 922(g)(1))

Imprisonment:        10 Years Imprisonment

Fine:                Maximum $250,000

Supervised Release:  Maximum 3-Year Term of Supervised Release

Special Assessment:  $100

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

v.

JAMES EARL KELLEY
(a/k/a "SCOOTER")

CR07-00323 DLJ

DEFENDANT.

---

# INDICTMENT

21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base (2 counts);
21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Cocaine Base (2 Counts);
21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Cocaine;
18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this 24th day of May, 2007.

_____ Clerk

No bail warrant

Bail, $ _____

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2007 MAY 24  PM 12: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00323 |
| Plaintiff, ) | VIOLATIONS: |
| ) | 21 U.S.C. § 841(a)(1) - Distribution of |
| v. ) | Cocaine Base (2 counts); 21 U.S.C. § |
| ) | 841(a)(1) - Possession with Intent to |
| JAMES EARL KELLEY ) | Distribute Cocaine Base (2 counts); 21 |
| (a/k/a "SCOOTER"), ) | U.S.C. § 841(a)(1) - Possession with Intent |
| ) | to Distribute Cocaine; 18 U.S.C. § 922(g)(1) |
| Defendant. ) | - Felon in Possession of Ammunition |
| ) | |
| ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) - Distribution of Cocaine Base)

On or about August 3, 2006, in the Northern District of California, the defendant,

JAMES EARL KELLEY
(a/k/a "SCOOTER"),

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 78 grams of a mixture and substance containing cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

INDICTMENT

Document No.
District Court
Criminal Case Processing

1 | COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) - Distribution of Cocaine Base)

2 | On or about November 1, 2006, in the Northern District of California, the defendant,

3 | JAMES EARL KELLEY
(a/k/a "SCOOTER"),

4 |

5 | did knowingly and intentionally distribute a Schedule II controlled substance, namely,

6 | approximately 80 grams of a mixture and substance containing cocaine base (in the form of

7 | "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and

8 | 841(b)(1)(A)(iii).

9 | COUNT THREE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) - Possession with Intent to Distribute Cocaine Base)

10 |

11 | On or about January 17, 2007, in the Northern District of California, the defendant,

12 | JAMES EARL KELLEY
(a/k/a "SCOOTER"),

13 |

14 | did knowingly and intentionally possess with intent to distribute a Schedule II controlled

15 | substance, namely, approximately 215 grams of a mixture and substance containing cocaine base

16 | (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1)

17 | and 841(b)(1)(A)(iii).

18 | COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base)

19 |

20 | On or about January 17, 2007, in the Northern District of California, the defendant,

21 | JAMES EARL KELLEY
(a/k/a "SCOOTER"),

22 |

23 | did knowingly and intentionally possess with intent to distribute a Schedule II controlled

24 | substance, namely, approximately 23 grams of a mixture and substance containing cocaine base

25 | (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1)

26 | and 841(b)(1)(B)(iii).

27 | COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Cocaine)

28 | On or about January 17, 2007, in the Northern District of California, the defendant,

INDICTMENT

JAMES EARL KELLEY
(a/k/a "SCOOTER"),

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, approximately 124 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

COUNT SIX: (18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition)

On or about January 17, 2007, in the Northern District of California, the defendant,

JAMES EARL KELLEY
(a/k/a "SCOOTER"),

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, namely, three rounds of Winchester 9 mm ammunition and seven rounds of Remington 9 mm ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED:   May 24, 2007                A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____
                       AUSA Morgan-Kelly)

INDICTMENT