1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
6    1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510)637-3705
7    Facsimile: (510)637-3724
     Email: michelle.morgan-kelly@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

2007 MAY 24 PM 12:30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00323 |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT AND ARREST WARRANT |
| v. | |
| JAMES EARL KELLEY (a/k/a "SCOOTER"), | |
| Defendant. | |

The United States hereby moves this honorable Court, for good cause shown, to seal the Indictment and arrest warrant issued in the above-captioned case, and any other related documents, as well as this application and the Court's Order, until further order of this Court.

Defendant is unaware of the current federal investigation. Public disclosure of the Indictment and arrest warrant could alert the defendant to his impending arrest and

Document No.
District Court
Criminal Case Processing

UNITED STATES' APPLICATION
FOR SEALING ORDER                    1

1  provide him with an opportunity to flee or to destroy evidence. Accordingly, the United
2  States respectfully requests that the above-described materials be sealed in order to
3  prevent the defendant from learning of the Indictment and arrest warrant.

5  DATED: May 24, 2007                             Respectfully submitted,

6                                                   SCOTT N. SCHOOLS
                                                    United States Attorney

8                                                   /s/
                                                    MICHELLE MORGAN-KELLY
9                                                   Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the following items be filed under seal in the non-public docket, until further order of this Court: the Indictment, arrest warrant, and any other related documents, as well as this application and the Court's Order.

DATED:

                                                    /s/
                                                    HON. CLAUDIA WILKEN
                                                    United States District Judge