```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  HILARY A. FOX
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant JAMES EARL KELLY
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. CR-07-00323 DLJ (WDB)
                                     )
12              Plaintiff,           )   LETTERS IN SUPPORT
                                     )   OF BAIL MOTION
13  vs.                              )
                                     )
14  JAMES EARL KELLY,                )
                                     )
15              Defendant.           )
                                     )
16
17       In support of his request for release on bail, defendant submits the attached character
18  reference letters.
19
20  Dated: July 13, 2007
21                              Respectfully submitted,
22                              BARRY J. PORTMAN
                                Federal Public Defender
23
24
                                /s/ Hilary A. Fox
25                              HILARY A. FOX
                                Assistant Federal Public Defender
26
```

U.S. v. KELLY                                   1

June 25, 2007

To whom it may concern,

My name is Christophe Berlin and I am the brother in-law of James Kelly. I have known James for several years.

James is a good and kind person at heart. James, Like many others individuals made mistakes and bad choices. He deserves a chance to get his life together. This situation may finally be that wake up calls for him to leave negative past behind and go fourth and set positive examples for his children and for himself.

James is not a violent person that wreaks havoc on others and I am sure if the courts gave him another alternative he would live up to it.

James is a family man and he loves his children very much.

Sincerely,
Christophe Berlin

file

Devonna Johnson

1220 Crestfield Drive

San Ramon, CA 94582

June 22, 2007

To whom it may concern:

My name is Devonna Johnson' Brown & I've known Mr. James E. Kelley Jr. for over 10 years. During the course of this time he has demonstrated to me he is a kind, giving & understanding person. The main basis of my determination is watching him with his children. He been a part of their lives since birth & demonstrates that they are the most important people to him. He's a good friend, the life of the party & always making everyone laugh.

About one Month ago I saw him attending Church @ Act's Full Gospel with the family.

During a time of crisis he is strong & encouraging. My brother was in a terrible accident some years ago & he was very supportive & encouraging to the family.

There is no one alive who is perfect, we all have our crosses to bear but in my opinion one of the most important characteristics a man or woman could possess is love of family & GOD. Mr. Kelley has both. I think he is truly a good person. If you should have any further questions, please feel free to give me a call @ 925-829-2148 of 510-921-6570.

Thank you,

Devonna Johnson

O'Connor Hospital

Central Business Services

Patient Finance Department

(650) 551-6719 phone

(650) 551-6691 fax

Confidentiality Notice:

This transmission and any attached documents may be confidential and contain information protected by State and Federal Medical Privacy statutes and is legally privileged. They are intended for use only by the addressee. If you are not the intended recipient of this transmission, or an agent of the intended recipient, you are prohibited from reading, disclosing, printing, saving, copying, using or otherwise disseminating any information contained in this transmission. If you received this transmission in error, please accept our apologies and notify the sender via reply e-mail. Please delete the entire message and its attachments. Thank you.

2946 Schyler St. #4
Oakland Ca. 94602
June 23, 2007

In regards to James Kelley:

I have known James Kelley (a.k.a Scooter) for about 17 or 18 years. He came into my life because of his courtship and later marriage to my niece, Falana. I think I was first introduced to him at my sister's (Falana's mother) house. My first impression was of a very nice respectable young guy. Later I would see him at family gatherings (cook-outs - dinners - parties ect) As he got to know me better he always made a point of greeting me warmly and inquiring about my health. Scooter was always courteous and helpful and concerned. Later I got to know him on a more personal level because I baby-sat their oldest child. Many times he would either drop off or pick-up his daughter, sometimes both. During that time I got to know him on a deeper level. He had a sense of humor and was easy to conversate with. He talked constantly about the baby. He was such a proud father. There were times during years when I didn't see Scooter and Falana as often but when I did see them he was the same as always, concerned about my health and how I was doing or was there anything he could do for me and up dating me about the kids. They two more boy's for him to glow about. The Scooter I know is a caring concerned person and a good father who loves his kids.

Sincerely,
Jeane McDaniel

July 11, 2007

Dear, Judge Jensen

  My name is Falana Kelley I am James Kelley wife, although we have been seperated for 5 years we remained friends.
James has been an excellent father to our three children and he was a good husband, we seperated because our own personal problems. In these years of knowing James he has shown me the type of person he really are a considerate, loving, respectfull & honest, who loves his family and friends. James showed me nothing but respect and love as every marriage we did have our problems but there was always a solution. James has a sincere and ginuwine heart, he always kept a smile on everyone face when he's around. Most of all his children adore him they love him to death, in all reality James is a pleasure having in my life and sharing our children together.

Falana Kelley,

*Falana Kelley* (signature)

June 25, 2007

To whom it may concern,

I'm the mother in-law of James Kelly. I've known him for eighteen years. He has never disrespected me.

When he begins to know my daughter he was introduced to me, he said to me, he is in love with Falana, my daughter. James was very kindhearted and honest looking; I fell in love with him as one of my sons. He was always considerate towards her. They were later married and have three children together. He has other children and loves them as well and brings them to visit occasionally.

He is thoughtful when it comes to birthdays, holidays, etc. He always remembers to call and say happy birthday and happy mother's day to me.

He enjoys the family being together on holidays. He would call, early mornings and ask if I heard from my sons. Soon after, they would call.

James loves his mother, sisters, nephews, nicest, and uncles, If any problems arises he would be the first person there; He is a peacemaker.

James is very compassionate person. If someone is hurt or sick he is very concerned and some cases he takes it very hard.

To sum it all up he is full of laughter, loves playing jokes on people, clean cut, neat and takes care of the people around him.

James is a very special individual in my heart.


Sincerely,
Julia Johnson

*Julia Johnson*

7/3/2007
CHARACTER LETTER

To Whom It May Concern:

    I am Lula Clark, the mother of James E. Kelly Jr. I have raised my child to the best of my knowledge. Sometimes your children choose the wrong path in life. I understand that trouble is easy to get into and hard to get out of. I'm asking that the court have mercy when making a decision on my son's case. My son has never been in this type of trouble before. My son is a wonderful and caring father to his children .My son also helps me with my elderly mother, (Arzola Penny) my mother is 89 years old. My mother loves James E. Kelly Jr. dearly, she is also very concerned about James. I and my family would appreciate any understanding and consideration for my son.


Yours truly,

Lula Clark

CHARACTER LETTER

7/3/2007

To Whom It May Concern:

I am Gregory Brown SR. I have known James Earl Kelly Jr. for 5 years. For the length of time I have known Mr. James Earl Kelly Jr. as his step father, he has been a caring and loving father to all his family and children. He is also a loving son to his mother and loving and respectable son to me.


Respectfully
Gregory Brown Sr.

# WEST OAKLAND HEALTH COUNCIL, INC.

700 Adeline Street, Oakland, California 94607
Telephone: 835-9610

June 25, 2007

To Whom It May Concern:

Ms. Arzola Perry, born November 18, 1917, has been under my care here for several years for multiple medical problems which now make it difficult for her to travel more than one hour from home by automobile or any public transportation. She would like to visit her son who is incarcerated.

Thank you,

*[signature]* Henry Mally, MD

Henry Mally, M.D.

HENRY H. MALLY, M.D., AAFP
CA LIC. C34646   UPIN F12532
WEST OAKLAND HEALTH CENTER
700 ADELINE STREET
OAKLAND, CA 94607

July 13, 2007

To Whom It May Concern:

    I am writing this letter to share with you my personal experience with James Kelley. I met James about 18 years ago when he started dating my cousin. Throughout the 18 years I've known him it's been a pleasure. We basically grew up together. He is a pleasant person to be around, always joked a lot. We are a close knit family and always did things together. He is very caring and is the kind of person that would give you the shirt off his back if he had to. He kept a smile on his face. Although he and my cousin separated he was still part of our family. He continued to participate in family events.

Sincerely,

*Dawn Fields*

Dawn Fields

To whom it may concern

I John Penn, have been knowing James Earl Kelly for the past 20 years. He's a good friend and has a good heart. On some sunday when i have to work he'll take my mom to church, sit an have breakfast with her an talk. He's very dependable. He help me on my trucking job, and at our family resturant, if your in a bind James there to help. James is very family oriantated and love spending time with his kids and mom.

John Penn
*/s/ John Penn*

To Whom It May Concern:

I Shana Hackney been knowing Mr. James Kelly all his life. While in school I known Mr. Kelly to be outstanding wrestler in high school, I known him to be a good father to his kids, as well as an uncle too. He also was person who always was there to assist his grandmother Ms. Perry when other family members had appointments to attend.

Thank You

Shana Hackney