UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   JULY 13, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                      **No.**  CR-07-00323-DLJ

**Defendant:**  James Kelley [present; in custody]

**Appearances for AUSA:** Michelle Morgan-Kelly

**Appearances for Defendant:**  Hilary Fox

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                   **Ruling:**

Setting/Stat                                        -HELD

**Notes:**

**Case Continued to:**   8/10/07 AT 9:00AM        for   STATUS

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                           for Pretrial Conference
**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**   7/13/07    **Ends:**  8/10/07