1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00323 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER OF DETENTION |
| v. | ) | |
| JAMES EARL KELLEY, | ) | |
| (a/k/a, "SCOOTER"), | ) | |
| Defendant. | ) | |

Upon consideration of the government's motion for revocation of defendant's release, a review of the briefs of the parties, and for good cause shown, IT IS HEREBY ORDERED that the government's motion is GRANTED and defendant is ordered DETAINED.

DATED: July _____, 2007

THE HONORABLE D. LOWELL JENSEN
United States District Judge

ORDER OF DETENTION
CR 07 00323 DLJ