UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:   JULY 20, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                    **No.** CR-07-00323-DLJ

**Defendant:** JAMES EARL KELLEY[present; in custody]

**Appearances for AUSA:** Michelle Morgan-Kelly

**Appearances for Defendant:** Hilary Fox

**Interpreter:**

**Probation Officer:**
Pretrial Svcs Officer: Silvio Lugo

**Reason for Hearing:**            **Ruling:**
Government's Motion for Revocation of Magistrate Judge's Release Order- HELD AND SUBMITTED.

**Notes:** Pretrial Svcs is to provide the Court with a Supplemental Report as to the specific State Charges and Supervision Records. (copy of this supplemental report to be provided to AUSA and AFPD ).

**Case Continued to:**   8/10/07 at 9:00AM      for    Status (date previously set in this case)

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                   for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:**       **Ends:**

COPY TO: IVY/WDB; PRETRIAL SVCS