UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  August 10, 2007

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**                                                                                 **No.** CR-07-00323-DLJ

**Defendant:** JAMES EARL KELLEY [present; in custody]

**Appearances for AUSA:** George Bevan

**Appearances for Defendant:** Hilary Fox

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STATUS                             -HELD

**Notes:**

**Case Continued to:** 9/14/07 AT 9:00AM     for    STATUS

**Case Continued to:**      for

**Case Continued to:**      for
**Motions to be filed by:**    **Opposition Due:**

**Case Continued to**              for Pretrial Conference

**Case Continued to**        for        Trial

**Excludable Delay: Category: Begins:** 8/10/07    **Ends:** 9/14/07

Case 4:07-cr-00323-DLJ    Document 14    Filed 08/10/2007    Page 2 of 2