SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street; Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3689
   FAX: (510) 637-3676
   e-mail: george.bevan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00323 DLJ |
|     Plaintiff, ) | SUBSTITUTION OF ATTORNEY |
|     v. ) | |
| JAMES EARL KELLEY, ) | |
|     Defendants. ) | |

   Please take notice that as of August 13, 2007, the Assistant United States Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

      Assistant United States Attorney George L. Bevan, Jr.
      1301 Clay Street, Suite 340S
      Oakland, CA 94612
      Telephone: (510) 637-3689
      Fax: (510) 637-3679
      email: george.bevan@usdoj.gov

DATED: August 23, 2007         Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney

                                 _____
                                 GEORGE L. BEVAN, JR.
                                 Assistant United States Attorney

SUBSTITUTION OF ATTORNEY
CR 07-00323 DLJ