UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  9/14/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                     **No.**  CR-07-00323-DLJ

**Defendant:** JAMES  KELLEY[present; not in custody]

**Appearances for AUSA:**  Shashi Kewalramani (for George Bevan)

**Appearances for Defendant:**  Hilary Fox

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                               -HELD

**Notes:**

**Case Continued to:**   10/19/07 at 9:00AM         for     STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                      for Pretrial Conference

**Case Continued to**           for              Trial

**Excludable Delay: Category: Begins:**  9/14/07      **Ends:**   10/19/07