# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 25, 2007

The Hon. Wayne D. Brazil
U.S. Magistrate Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   *United States v. James Kelley*:
      Request to add matter to calendar on Wednesday, Sept. 26, 2007

Your Honor:

I am writing to request that Mr. Kelley's case be added to the Court's calendar on Wednesday, September 26 at 10:00 a.m. Mr. Kelley has been at the halfway house on lockdown status for a little over a month. At this time, he would like to request permission to look for work. Because this would require modification of the terms of his release, we are requesting an opportunity to address the court. I have contacted government counsel and Mr. Bevan informs me that he is not willing to stipulate to such a modification, but that he will be available for a court appearance on September 25 at 10:00. Mr. Kelley is out of custody.

Thank you for your attention to this matter.

Respectfully yours,

BARRY J. PORTMAN
Federal Public Defender

/S/
HILARY FOX
Assistant Federal Public Defender

cc:   George Bevan, AUSA
      Victoria Gibson, U.S. Pretrial Services Agency