DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 7 Mins.

**MAGISTRATE JUDGE MINUTE ORDER**

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| HON. WAYNE D. BRAZIL | Ivy L. Garcia | FTR: 9/26/07 10:04:13-10:11:45 |
| | DATE: 9/26/07 | NEW CASE ☐ | CASE NUMBER: CR-07-00323-DLJ |

## APPEARANCES

| DEFENDANT | AGE | CUST: No | P/NP: P | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| JAMES EARL KELLEY | | | | Hilary Fox | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|
| George Bevan, Jr. | None | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| None | Taifa Gaskins | | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☒ BOND HEARING — 7 Mins HELD
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

**FILED SEP 26 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED: ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

| TO: 10/19/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ FURTHER STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. D. LOWELL JENSEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. strongly opposed the deft's request to modify his release conditions to allow him to leave the Halfway House to seek employment. Deft's Pret. Svcs. supervising officer (V. Gibson) is out of the office this week. Pret. Svcs. T. Gaskins told Court that upon reviewing Ms. Gibson's notes in the deft's file, Ms. Gibson noted that he has been asking her several times to modify his conditions to allow him to leave Cornell to work but there's no indication as to whether she approves/disapproves his request. Ms. Gaskins called Cornell and accdg. to their staff, there has been no compliance issue as to the deft. The Court asked the deft's atty. to discuss the matter with Ms. Gibson as soon as she's back in the office. The deft's atty. should let this Court know as to when this matter should be restored back on cal. later.

cc: WDB's Stats, Frances, Pretrial

DOCUMENT NUMBER: