UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  10/19/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                    **No.**  CR-07-00323-DLJ

**Defendant:** JAMES KELLEY [present; not in custody]

**Appearances for AUSA:** George Bevan

**Appearances for Defendant:** Hilary Fox

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                  -HELD

**Notes:**

**Case Continued to:**   11/9/07 AT 9:00AM        for    Setting of Motions/Stat

**Case Continued to:**           for

**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**           for             Trial

**Excludable Delay: Category: Begins:  10/19/07     Ends:**  11/9/07