BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                      Plaintiff,         )<br>                                                        )<br>          v.                                           )<br>                                                        )<br> JAMES KELLEY,                          )<br>                                                        )<br>                      Defendant.    )<br>_____) | No. CR 07-323-DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS<br>OF RELEASE |

    Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. While at the halfway house, Mr. Kelley has had no violations or problems.

    At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should be modified to authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of visiting with his family, *provided that* Mr. Kelley is not to travel to Richmond, California (Mr. Kelley's

family does not reside in Richmond.)

SO STIPULATED.

Dated: November 9, 2007                    /S/
                                           _____
                                           GEORGE BEVAN
                                           Assistant United States Attorney

SO STIPULATED.

Dated: November 9, 2007                    /S/
                                           _____
                                           HILARY A. FOX
                                           Attorney for Defendant KELLEY

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of visiting with his family, *provided that* Mr. Kelley is not to travel to Richmond, California.

IT IS SO ORDERED.

Dated: _____, 2007
                                           _____
                                           D. LOWELL JENSEN
                                           United States District Court