UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 11/9/07

**Clerk:** Frances Stone
**Court Reporter:** STARR WILSON

**Plaintiff:** United States

v.                                                  **No.** CR-07-00323-DLJ

**Defendant:** JAMES EARL KELLEY [present; not in custody]

**Appearances for AUSA:** George Bevan

**Appearances for Defendant:** Hilary Fox

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
SETTING MOTIONS/STATUS      -HELD

**Notes:**

**Case Continued to:** 1/4/08 AT 11:00AM       for    Def motions (if filed)

**Motions to be filed by:** Def file 11/21/07    **Opposition Due:** Gov Resp. 12/14; Reply 12/21/07

**Case Continued to**                 for Pretrial Conference
**Case Continued to**        for              Trial

**Excludable Delay: Category: Begins:** 11/9/07    **Ends:** 1/4/08