SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3929
   FAX: (510) 637-3724
   Garth.Hire@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00323 DLJ |
|     v.  ) | |
| JAMES EARL KELLY,  ) | SUBSTITUTION OF ATTORNEY |
|     Defendant.  ) | |

   Please take notice that as of November 19, 2007, the Assistant U.S. Attorney whose name, Address, telephone number and email address are listed below was assigned to be counsel for the government.

      Assistant U.S. Attorney Garth Hire
      1301 Clay Street, Suite 340S
      Oakland, CA 94612
      Telephone: (510) 637-3929
      Garth.Hire@usdoj.gov

DATED: November 19, 2007      Respectfully submitted,

                                   SCOTT N. SCHOOLS
                                   United States Attorney

                                           /s/
                                   GARTH HIRE
                                   Assistant United States Attorney