1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, CA 94612
        Telephone: (510) 637-3929
7       FAX: (510) 637-3724
        Garth.Hire@usdoj.gov
8
   Attorneys for the United States
9

10              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11                   OAKLAND DIVISION

12

13 UNITED STATES OF AMERICA      )    No. CR-07-00323 DLJ
                                 )
14      v.                       )
                                 )    AMENDED NOTICE OF
15 JAMES EARL KELLEY,            )    SUBSTITUTION OF ATTORNEY
                                 )
16        Defendant.             )
                                 )
17 _____)

18     Please take notice that as of November 19, 2007, the Assistant U.S. Attorney whose

19 name, Address, telephone number and email address are listed below was assigned to be

20 counsel for the government.

21               Assistant U.S. Attorney Garth Hire
                 1301 Clay Street, Suite 340S
22               Oakland, CA 94612
                 Telephone: (510) 637-3929
23               Garth.Hire@usdoj.gov

24 DATED: November 19, 2007        Respectfully submitted,
25
                                   SCOTT N. SCHOOLS
26                                 United States Attorney

27                                 _____/s/_____
                                   GARTH HIRE
28                                 Assistant United States Attorney