BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500
Shawn_Halbert@fd.org

Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00323 DLJ |
| Plaintiff, ) | NOTICE OF SUBSTITUTION OF DEFENSE COUNSEL |
| vs. ) | |
| JAMES EARL KELLEY, ) | |
| Defendant. ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned case pending before the Court. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in place of Assistant Federal Public Defender Hilary Fox. Counsel's contact information is listed above.

Dated: November 20, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/
SHAWN HALBERT
Assistant Federal Public Defender

Notice of Substitution of Attorney                    - 1 -
No. CR 07-00323 DLJ