1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone: (510) 637-3929
7      Facsimile: (510) 637-3724
       E-Mail:    Garth.Hire@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00323 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTIONS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| JAMES EARL KELLEY, | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Garth Hire, and defendant James Earl Kelley ("defendant") by and through his counsel of record, Assistant Federal Public Defender Shawn Halbert, hereby stipulate as follows:

1.  On November 9, 2007, the Court held a status conference in this case. At that hearing, the Court established a schedule for the parties to file and respond to motions and scheduled a hearing on any motions filed at 11:00 a.m. on January 4, 2008. The Court excluded time under the Speedy Trial Act from November 9, 2007, to January 4, 2008.

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
MOTIONS HEARING AND EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

1    2.    Recently, both parties had a change in attorney.  Assistant United States Attorney Garth Hire is taking over representation of the United States from Assistant United States Attorney George Bevan while Assistant Federal Public Defender Shawn Halbert is taking over representation of defendant James Earl Kelley from Assistant Federal Public Defender Hilary Fox.  Counsel for both parties therefore need additional time to review the discovery and determine whether motions are appropriate and to effectively prepare the case for trial.

3.    The parties therefore request that the date for filing of motions be continued to January 18, 2008; that the date for filing any opposition to those motions be continued to February 8; that the date for filing a reply be continued to February 15; and that the hearing on any motions filed be continued to 11 a.m. on February 22, 2008.

4.    The parties agree and stipulate, and request that the court find the following:

a.    The ends of justice outweigh the interest of the public and the defendant in a trial within the date prescribed by the Speedy Trial Act for continuity of counsel and because defendant's counsel and the government's counsel require additional time to review the discovery in this matter, to determine whether any motions are appropriate, and to adequately prepare the case for trial if necessary, and that it would be unreasonable to expect effective preparation for pretrial proceedings and trial with the time limits established by the Speedy Trial Act.

b.    Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, within which the matter must proceed to trial, the time period of November 9, 2007, to February 22, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

IT IS SO STIPULATED.

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
MOTIONS HEARING AND EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

SCOTT N. SCHOOLS
United States Attorney

Dated: _____          /s/ _____
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: _____          /s/ _____
SHAWN HALBERT
Assistant Federal Public Defender

Attorney for Defendant
James Earl Kelley

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled motions hearing at 11 a.m. on January 4, 2008, is vacated and rescheduled for 11 a.m. on February 22, 2008. Any motions must be filed by January 18, 2008; any oppositions must be filed by February 8, 2008; and any replies must be filed by February 15, 2008.

2. The time period from November 9, 2007, to February 22, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's and government's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a trial with the time limits established by the Speedy Trial Act because such delay is necessary for continuity of counsel and effective preparation of counsel, specifically, to permit counsel a reasonable time to review the discovery in this matter, to

///

///

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
MOTIONS HEARING AND EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

1 determine whether any motions are appropriate, and to adequately prepare the case for trial if
2 necessary.
3
4   DATED: _____
                                        HONORABLE D. LOWELL JENSEN
5                                       UNITED STATES DISTRICT JUDGE

28 STIPULATION AND PROPOSED ORDER TO RESCHEDULE
MOTIONS HEARING AND EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

4