**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

January 28, 2008

Honorable D. Lowell Jensen
United States District Court
1301 Clay Street
Oakland, CA 94612

      Re:    <u>United States v. James Kelley</u>
             No. CR 07-00323 DLJ

Your Honor:

    I am writing to update the Court on the status of this case.

    I substituted in as counsel for Mr. Kelley on November 20, 2007. The parties then continued a motions briefing schedule and requested a briefing schedule for hearing on Mr. Kelley's motion to suppress, by which Mr. Kelley would file his opening motion on January 18, 2008 for hearing on February 22, 2008. The Court signed the parties' stipulation granting this request. However, Mr. Kelley did not file his motion on January 18, 2008 based on discussions between the parties relating to additional discovery in the case. Thus, the parties are asking that Mr. Kelley's February 22, 2008 appearance remain on calendar as a status appearance, though the Court may wish to change the time of the court appearance on that date. The parties will inform the Court immediately of any further developments. Thank you for your consideration.

                                       Very truly yours,

                                       BARRY J. PORTMAN
                                       Federal Public Defender

                                       /S/

                                       SHAWN HALBERT
                                       Assistant Federal Public Defender

cc: Garth Hire, AUSA