BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-323-DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO MODIFY CONDITIONS |
| ) | OF RELEASE TO ALLOW CHURCH |
| JAMES KELLEY, ) | PASS ON SUNDAYS |
| ) | |
| Defendant. ) | |

    Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children. While at the halfway house, Mr. Kelley has had no violations or problems.

    At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending church on Sundays, with the hours to be determined by Pretrial Services. Pretrial Services Officer Victoria Gibson has no objection to this modification but she believes that a court order is necessary to

allow her to give permission to Mr. Kelley to attend church services on Sundays.

SO STIPULATED.

Dated: January 29, 2008              /S/
                                     _____
                                     GARTH HIRE
                                     Assistant United States Attorney

SO STIPULATED.

Dated: January 28, 2008              /S/
                                     _____
                                     SHAWN HALBERT
                                     Attorney for Defendant KELLEY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending church on Sundays, with the hours to be determined by Pretrial Services.

IT IS SO ORDERED.

Dated: _____, 2008
                                     _____
                                     WAYNE D. BRAZIL
                                     United States Magistrate Court