| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | SHAWN HALBERT |
|   | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
|   | Oakland, CA 94607 |
| 4 | Tel: (510) 637-3500 |
| 5 | Counsel for Defendant KELLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 07-323-DLJ |
| v. | ) | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW CHURCH PASS ON SUNDAYS |
| JAMES KELLEY, | ) | |
| Defendant. | ) | |

Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children. While at the halfway house, Mr. Kelley has had no violations or problems.

At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending church on Sundays, with the hours to be determined by Pretrial Services. Pretrial Services Officer Victoria Gibson has no objection to this modification but she believes that a court order is necessary to allow

her to give permission to Mr. Kelley to attend church services on Sundays.

SO STIPULATED.

Dated: January 29, 2008 /S/

GARTH HIRE
Assistant United States Attorney

SO STIPULATED.

Dated: January 28, 2008 /S/

SHAWN HALBERT
Attorney for Defendant KELLEY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending church on Sundays, with the hours to be determined by Pretrial Services.

IT IS SO ORDERED.

Dated: January 30, 2008

WAYNE D. BRAZIL
United States Magistrate Court