BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES KELLEY,<br><br>　　　　　Defendant. | No. CR 07-323-DLJ<br><br>[AMENDED]<br>STIPULATION AND ORDER TO<br>MODIFY CONDITIONS OF RELEASE<br>TO ALLOW CHURCH PASS ON<br>SUNDAYS AND TO VISIT<br>GRANDMOTHER |

　　　　Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children. While at the halfway house, Mr. Kelley has had no violations or problems.

　　　　At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending church on Sundays, with the hours to be determined by Pretrial Services. Pretrial Services Officer Victoria Gibson has no objection to this modification but she believes that a court order is necessary to allow

- 1 -

her to give permission to Mr. Kelley to attend church services on Sundays.

The parties further stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of visiting his grandmother at Summit Hospital in Oakland, California, as directed by his Pretrial Services Officer.

SO STIPULATED.

Dated:  January 31, 2008                                    /S/
                                                            _____
                                                            GARTH HIRE
                                                            Assistant United States Attorney

SO STIPULATED.

Dated:  January 31, 2008                                    /S/
                                                            _____
                                                            SHAWN HALBERT
                                                            Attorney for Defendant KELLEY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending church on Sundays, with the hours to be determined by Pretrial Services.

IT IS FURTHER ORDERED that the conditions of Mr. Kelley's pretrial release are modified to authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for the purpose of visiting his grandmother at Summit Hospital.

IT IS SO ORDERED.

Dated: February 1, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Court