UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  2/22/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                           **No.** CR-07-00323-DLJ

**Defendant:**  James Earl Kelley [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**   4/4/08 AT 9:00AM    for  STATUS/SETTING

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                   for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**    2/22/08      **Ends:** 4/4/08