UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/4/08

**Clerk:** Frances Stone
**Court Reporter:** Not Held- Not Reported

**Plaintiff:** United States

**v.**                                                                  **No.** CR-07-00323-DLJ

**Defendant:** James Earl Kelley [present in courtroom; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Jerome Matthews for Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
STATUS                                    -NOT HELD PER COURT CALENDAR

**Notes:**  Clerk spoke to attorneys and next date for this matter is 4/11/08 at 9:00AM for Status.

**Case Continued to**              for

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                        for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**          **Ends:**