UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America    )
    )
    Plaintiff(s),    )    CASE NO. CR- 07-00323-DLJ
    )
    -V-    )    NOTICE
    )
James Earl Kelley    )
    )
    Defendant(s),    )

TO:

Garth Hire
US Attorney's Office
1301 Clay Street, Ste. 340S
Oakland, CA 94612

Shawn Halbert
Federal Public Defender's Office
555-12th Street, Ste. 650
Oakland, CA 94607

YOU ARE HEREBY NOTIFIED THAT a Status Conference in the above entitled case will be held on **Friday, April 11, 2008 at 9:00am** before Judge Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: April 4, 2008

By: _Frances Stone_
Frances Stone
Clerk to D. Lowell Jensen