UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                     **No.** CR-07-00323-DLJ

**Defendant:** James Earl Kelley [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                               -HELD

**Notes:**

**Case Continued to**    4/18/08 AT 9:00AM    for  CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**    4/11/08       **Ends:** 4/18/08