UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date: 4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00323-DLJ

**Defendant:** James Earl Kelley [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                 -HELD
Change of Plea- Not Held

**Notes:**

**Case Continued to** 5/16/08 at 9:00AM **for** Change of Plea

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for        Trial

**Excludable Delay: Category: Begins:** 4/18/08    **Ends:** 5/16/08