BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-323-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DECLARATION OF SHAWN |
| v. | ) | HALBERT AND [PROPOSED] |
| | ) | ORDER TO ALLOW JAMES KELLEY |
| JAMES KELLEY, | ) | TO ATTEND HIS GRANDMOTHER'S |
| | ) | FUNERAL AND RELATED EVENTS |
| Defendant. | ) | ON MAY 2, 2008 |
| | ) | |

DECLARATION OF SHAWN HALBERT

I, Shawn Halbert, declare the following:

1. Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes, which have included some Saturday visits with his children, visits with his grandmother at the hospital, and church passes. While at the halfway house, Mr. Kelley has had no violations or problems.

2. Mr. Kelley's grandmother died this week, and he is seeking permission to leave the halfway

1    house on Friday, May 2, 2008 for the following events associated with his grandmother's
2    funeral: to meet with his family from 8:00 a.m. to 10:00 a.m. at his grandmother's home at
3    1748 9th Street, Oakland; to travel with his family to attend the funeral at the funeral home
4    C.P. Banner at 68 International Blvd. in Oakland from 11:00 a.m. to 1:00 p.m.; to go with the
5    family to the graveyard Rose Lawn at 1240 North Livermore Ave, Livermore; and then to
6    attend the family meal and remembrance service (the "Repass") that will follow at 'The
7    Continental Club' at 1658 12th Street, Oakland from 2:00 p.m. to 7:00 p.m.
8  3. U.S. Pretrial Services Officer Victoria Gibson has no objection to this request.  AUSA Hire
9    is not in the office today or tomorrow to sign the stipulation.  I did not have all of the above
10    specifics when I left AUSA Hire a telephone message yesterday afternoon, but I asked him if
11    he had any objection to Mr. Kelley's attending his grandmother's funeral and the meal to
12    follow, and he left me a telephone message indicating that he had no objection.

Dated: April 30, 2008                           /S/
                                          _____
                                          SHAWN HALBERT
                                          Attorney for Defendant KELLEY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

<u>ORDER</u>

Good cause appearing therefore, and pursuant to the agreement of the parties, it is the ORDER of this Court that Mr. Kelley shall be permitted to leave the halfway house from 7:00 a.m. to 8:00 p.m. on Friday, May 2, 2008 for purposes of attending his grandmother's funeral and the related events (meeting at his grandmother's home at 1748 9th Street, Oakland before the funeral and burial and attending the family meal and remembrance service (the "Repass") that follows at 'The Continental Club' at 1658 12th Street, Oakland).

IT IS SO ORDERED.

Dated: _____, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Court