1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, California  94607
4  Telephone:  (510) 637-3500

5  Counsel for Defendant JAMES KELLEY

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

   UNITED STATES OF AMERICA,           )      No. CR-07-323 DLJ
11                                      )
                        Plaintiff,      )
12                                      )
   vs.                                  )      NOTICE OF SUBSTITUTION OF
13                                      )      ATTORNEY
   JAMES KELLEY,                        )
14                                      )
                        Defendant.      )
15  _____ )

16         The Federal Public Defender was previously appointed as counsel for defendant in the

17  above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18  undersigned counsel, Assistant Federal Public Defender Jerome Matthews, enters his general

19  appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

20  Counsel's contact information is listed above.

21
   Dated: May 13, 2008
22                                    Respectfully submitted,

23                                    BARRY J. PORTMAN
                                      Federal Public Defender
24
                                      /S/
25
                                      JEROME MATTHEWS
26                                    Assistant Federal Public Defender

   Notice of Substitution of Attorney            1