UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  May 16, 2008

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-07-00323-DLJ

**Defendant:** James Earl Kelley [present; not in custody]


**Appearances for AUSA:** Garth Hire


**Appearances for Defendant:** Jerome Matthews


**Interpreter:**

**Probation Officer:**


| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |
| Change of Plea- NOT HELD | |


**Notes:**

**Case Continued to**    5/23/08 AT 11:00AM       for  CHANGE OF PLEA


**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for           Trial


**Excludable Delay: Category: Begins:  5/16/08        Ends:** 5/23/08