11AM

E-FILING CASE

11:44 – 12:00

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 5/23/08

Case No: CR -07- 00323-DLJ          Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN          Clerk: Frances Stone

Defendant(s):                                               Defense Counsel:

JAMES EARL KELLEY        Present? Y   In Custody? __   JEROME MATTHEWS

_____          Present? __  In Custody? __   _____
_____          Present? __  In Custody? __   _____
_____          Present? __  In Custody? __   _____
_____          Present? __  In Custody? __   _____
_____          Present? __  In Custody? __   _____
_____          Present? __  In Custody? __   _____

US Attorney:              Interpreter:                   US Probation Officer:

GARTH HIRE

Reason for Hearing:                                      Ruling:

CHANGE OF PLEA                                           – HELD

GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED

Notes: GOV MO TO DISMISS REMAINING CTS 2, 3, 4, 5, 6
DEFERRED TO SENTENCING DATE.

Case continued to: 8/29/08 AT 10AM for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: __ Begins: __ Ends: __

CC: PROBATION