UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number              CR-07-00323-01-DLJ
Defendant's Name         JAMES EARL KELLEY
Defendant's Counsel      Jerome Matthews
Due Date                 8/27/08 AT 10AM
                         1   Courtroom            Floor  4th

~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~

**The Court has directed that a:**

          XX             Presentence Investigation
_____  Bail Investigation
_____  Bail Supervision
_____  Postsentence Investigation
_____  4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

                                   RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation                  by: _____Frances Stone_____
                                   Frances Stone , Deputy Clerk

                                   Dated: 5/23/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No  [Interpreter:_____]
Defendant's address: _____
_____
_____