BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant JAMES KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>JAMES KELLEY,                 )<br>                              )<br>          Defendant.          )<br>_____ ) | No. CR 07-323-DLJ [WDB]<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW MR. KELLEY TO ATTEND BIRTHDAY PARTY |

    Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children. While at the halfway house, Mr. Kelley has had no violations or problems.

    At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending his son's birthday party in Antioch, California on Saturday, June 7, 2008, with the conditions to be determined by

Pretrial Services.

SO STIPULATED.

Dated: June 5, 2008                                /S/
                                                   _____
                                                   GARTH HIRE
                                                   Assistant United States Attorney


Dated:  June 5, 2008                               /S/
                                                   _____
                                                   JEROME E. MATTHEWS
                                                   Attorney for Defendant JAMES KELLEY


                                                   /S/
Dated: June 5, 2008                                _____
                                                   VICTORIA GIBSON
                                                   Pretrial Services Officer

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

//
//
//
//
//
//
//
//
//

- 2 -

1  //

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to permit Mr.Kelley to attend his son's birthday celebration on June 7, 2008, with the hours and conditions to be determined by Pretrial Services.

IT IS SO ORDERED.

Dated: June ____, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge