BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant JAMES KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES KELLEY, ) <br> ) <br> Defendant. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | No. CR 07-323-DLJ [WDB] <br><br> STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW MR. KELLEY TO ATTEND BIRTHDAY PARTY |

Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children. While at the halfway house, Mr. Kelley has had no violations or problems.

At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending his son's birthday party in Antioch, California on Saturday, June 7, 2008, with the conditions to be determined by

1   Pretrial Services.

2

3   SO STIPULATED.

4

5   Dated: June 5, 2008                                /S/
                                        _____
6                                       GARTH HIRE
                                        Assistant United States Attorney
7

8

9   Dated:  June 5, 2008                              /S/
                                        _____
10                                      JEROME E. MATTHEWS
                                          Attorney for Defendant JAMES KELLEY
11

12

13                                                    /S/
    Dated: June 5, 2008           _____
14                                      VICTORIA GIBSON
                                        Pretrial Services Officer
15

16       I hereby attest that I have on file all holograph signatures for any signatures indicated by

17   a "conformed" signature (/S/) within this e-filed document.

18   //
     //
19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

//

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to permit Mr. Kelley to attend his son's birthday celebration on June 7, 2008, with the hours and conditions to be determined by Pretrial Services.

IT IS SO ORDERED.

Dated: June 6, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge