FILED

JUL 0 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1 BARRY J. PORTMAN
Federal Public Defender
2 JEROME E. MATTHEWS
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607
4 Tel: (510) 637-3500

5 Counsel for Defendant JAMES KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-323-DLJ [WDB] |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW MR. KELLEY TO ATTEND FAMILY EVENT |
| JAMES KELLEY, | ) |
| Defendant. | ) |

Defendant James Kelley is currently under pretrial supervision in the Northern District of California. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children, and, with Court permission, other leaves from the halfway house. While at the halfway house, Mr. Kelley has had no violations or problems.

At this time, in light of Mr. Kelley's compliance with his conditions of release, the parties stipulate and agree that the conditions of his release should authorize the Pretrial Services Office to give Mr. Kelley permission to leave the halfway house for purposes of attending a Fourth of July

- 1 -

1 | celebration with his children, including a trip to the WaterWorld Amusement Park in Concord,
2 | California. Mr. Kelley would like to leave the halfway house at 8:00 a.m. and return at 5:00 p.m.,
3 | under conditions to be determined by Pretrial Services.

5 | SO STIPULATED.

7 | Dated: July 2, 2008                    /S/
8 |                                         _____
  |                                         GARTH HIRE
9 |                                         Assistant United States Attorney

11 | Dated: July 2, 2008                   /S/
12 |                                         _____
   |                                         JEROME E. MATTHEWS
13 |                                         Attorney for Defendant JAMES KELLEY

15 |                                         /S/
   | Dated: July 2, 2008                    _____
16 |                                         BETTY KIM
   |                                         Pretrial Services Officer

18 | I hereby attest that I have on file all holograph signatures for any signatures indicated by
19 | a "conformed" signature (/S/) within this e-filed document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the conditions of Mr. Kelley's pretrial release are modified to permit Mr. Kelley to attend a Fourth of July celebration with his children, as set forth in the foregoing stipulation, and under such terms and conditions as Pretrial Services deems appropriate.

IT IS SO ORDERED.

Dated: July 3, 2008

_____
MARIA ELENA JAMES
United States Magistrate Judge