# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 21, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

        Re:    <u>United States v. James Kelley</u>
                 CR-07 00323 DLJ

Dear Magistrate Judge Brazil:

Mr. Kelley would like to attend a birthday celebration for his children on August 24, 2008, at Marine World. Since his release from custody on or about August 10, 2007, Mr. Kelley has been required to reside at Cornell Corrections halfway house on 24-hour lockdown, with permission to leave the halfway house for limited purposes. He has been granted some Saturday visits with his children, and, with Court permission, other leaves from the halfway house. While at the halfway house, Mr. Kelley has had no violations or problems.

AUSA Garth Hire opposes Mr. Kelley's request. Accordingly, the parties request that the Court add this matter to the August 22, 2008 calendar for hearing on Mr. Kelley's request for modification of his release conditions.

Please let me know if the Court desires any further information.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/S/

JEROME MATTHEWS
Assistant Federal Public Defender

cc:    AUSA Garth Hire