# EXHIBIT B

# O P D
## CRIME REPORT

**Oakland Police Department**
455 – 7th Street
Oakland, CA 94607-3985

ROUTING

☐ CID

ASSIGN TO:

RD #

| Outside Reporting Agency | Case No. | Police Beat 2 | CP Beat X | Incident No. |
|---|---|---|---|---|

☐ YSD
☐ VICE
☐ CSD
☐ TRAFFIC
☐ D.A.
   VIC/WIT
☐
☐

| VICTIM 1 | Last, First, Mid State Of California | ☐ Business Name | ☒ Local / State / Federal | Sex | Race | D.O.B. | Age |
|---|---|---|---|---|---|---|---|

| Home Address | | City | ☐ Oakland | Zip | Home/Msg. Phone |
|---|---|---|---|---|---|

| Business Address / School | | City | ☐ Oakland | Zip | Work Phone |
|---|---|---|---|---|---|

| Occupation | D.L. Number | State | ☐ Domestic Violence | ☐ Victim Injured | ☐ Sex Assault Victim Request Conf. |
|---|---|---|---|---|---|
| Working Hours | | | ☐ Victim's Support | ☐ Resource Info Provided | |

**ADDITIONAL PERSON**

☒ R/P
☐ Parent
☐ Witness 1

| Last, First, Mid S. Valle | | Sex | Race | D.O.B. | Age |
|---|---|---|---|---|---|

| Home Address | | City ☐ Oakland | Zip | Home/Msg. Phone |
|---|---|---|---|---|

| Business Address / School OPD | | City ☐ Oakland | Zip | Work Phone |
|---|---|---|---|---|

**LOCATION**

| POINT OF ENTRY | LOCATION P.C.E. | METHOD OF ENTRY | ☐ BREAK GLASS | BURGLARY | WEAPON USED |
|---|---|---|---|---|---|

LOCATION:
☐ BANK/ATM
☐ CONVENT MKT
☐ GAS STATION
☐ OTHER COMM.
☐ RESIDENCE
☒ STREET
☐ MISC.

POINT OF ENTRY:
☐ DOOR
☐ WINDOW
☐ GARAGE
☐ ADJ. PREM.
☐ VENT/SKYLIGHT
☐ OTHER

LOCATION P.C.E.:
☐ FRONT
☐ REAR
☐ SIDE
☐ ROOF
☐ UNK.

METHOD OF ENTRY:
☐ OPEN/UNLOCKED
☐ FORCED SCREEN
☐ CUTTING DEVICE
☐ BODY FORCE
☐ PRY TOOL
☐ CHANNEL LOCKS
☐ ATTEMPT FORCE

☐ REMOVE DOOR
☐ REMOVE WINDOW
☐ POSS. EMPLOYEE
☐ KEY
☐ WATER METER
☐ NONE
☐ UNK

BURGLARY:
☐ AUTO
☐ RESIDENTIAL
☐ COMMERCIAL
☐ OTHER
☐ ALARM RESP

WEAPON USED:
☐ FIREARM
☐ CUT/STAB INSTR
☐ HANDS, FEET, FIST
☐ CHEMICAL
☒ NONE
☐ OTHER

| ☐ Gang Related | ☐ Hate Crime Motivated By: | ☐ Race | ☐ Ethnicity | ☐ Religion | ☐ Sexual Orientation | ☐ Physical Disability | ☐ Mental Disability | ☐ Gender |
|---|---|---|---|---|---|---|---|---|

| CRIME | Common Name Transportation of Narcotics | Section/Subsection 11352(a) | Code HS | Pertains To: V: 1 |
|---|---|---|---|---|

| Location (Address/Block No./Intersection) ☐ OHA ☐ ABC Adeline Street | | Occurred | Date | Time | Day | VANDALISM |
|---|---|---|---|---|---|---|

| LOSS | ☒ None | On or From | 17Jan07 | 1300 | Wed | ☐ EGGED ☐ BREAK WINDOW ☐ SHOOT WINDOW |
|---|---|---|---|---|---|---|

TYPE OF THEFT
☐ PICKPOCKET
☐ PURSENATCH
☐ AUTO ACCESS
☐ AUTO CLOUT
☐ SHOPLIFTING
☐ BICYCLE
☐ COIN OP. DEVICE
☐ FROM BUILDING
☐ OTHER

(CHECK ALL THAT APPLY)
1 ☐ CURRENCY / NOTES
2 ☐ CLOTHING / FURS
3 ☐ JEWELRY / PRECIOUS METAL
4 ☐ FIREARMS
5 ☐ OFFICE EQUIPMENT
6 ☐ TVS, RADIO, STEREO
7 ☐ HOUSEHOLD GOODS
8 ☐ CONSUMABLE GOODS
9 ☐ LIVESTOCK
10 ☐ MOTOR VEHICLES
11 ☐ MISCELLANEOUS

| To | 17Jan07 | 2312 | Wed | ☐ GRAFFITI ☐ MAIL BOX ☐ KEYING / SCRATCHING |
|---|---|---|---|---|

| Reported | 17Jan07 | 2312 | Wed | ☐ SLASH TIRES ☐ OTHER |
|---|---|---|---|---|

U.C.R. CODE _____ (LIST MOST EXPENSIVE ITEM ABOVE)

SOLVABILITY FACTORS (Check All That Apply)
☐ SURVEILLANCE PHOTO
☐ SERIOUS INJURY
☒ EVIDENCE
☒ SUSPECT IN-CUSTODY
☒ NAMED SUSPECT
☒ IDENTIFIABLE SUSPECT
☐ R/O REQUESTS INVEST.

☐ The VICTIM / REPORTING PARTY contacted the police department to report the THEFT / LOSS / DAMAGE of the listed property. There are no known suspects. This report is made to alert the police. No narrative was completed.

**VICTIM VEHICLE**

| License No. | State | ☐ Secured At The Scene ☐ Released To The Owner ☐ Hold (Unit) | ☐ Towed ☐ Fingerprinted ☐ Stolen | Tow Number |
|---|---|---|---|---|

☐ Car
☐ Truck
☐ Other

| Year | Make | Model | Body Type | Color | Vin No. |
|---|---|---|---|---|---|

☐ Stolen Bicycle
☐ Mens ☐ Womens
☐ Mtn. ☐ Road

| Color | Brand | Model | Speed | License No. | Serial No. |
|---|---|---|---|---|---|

**PROPERTY / NARRATIVE**

☐ Loss  ☐ Evidence  ☐ Safekeeping  ☐ Recovered       Location When Stolen  ☐ Interior  ☐ Exterior  ☐ Garage

| Item | Qty | Item Type, Brand, Model No., Size, Color, Marks, Etc. | Serial No. | $ Value |
|---|---|---|---|---|

AOD and Juvenile Reporting Code
(Refer to AOD Code Card)

| AOD | Setting (2 Digit) | Juvenile | Additional Charges: 11370.1HS, 11351.5HS, 11351HS, 12021PC, 12090PC, 1203.073(b)(5)PC, 2800.2VC 148(a)PC, |
|---|---|---|---|

| Total Number Of | | | | ☐ Phone Report | Photos Taken ☒ Yes ☐ No | Evidence Collected ☒ Yes ☐ No | Tech: On Scene ☐ Yes ☒ No Tech Tag Left ☐ Yes ☒ No | Rec. Value 0 | Loss Value 0 | Page 1 of 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vict 1 | Wit. 0 | Susp. 2 | Arr. 2 | | | | | | | |

| Reported By S. Valle | Serial No. | Watch CID | Area TETF | Supervisor Sgt. R. Wingate | Serial | Reviewer | Serial No. |
|---|---|---|---|---|---|---|---|

536-933 (11/00)

ORI 00109

# O P D

**SUSPECT REPORT**

Oakland Police Department
455 - 7th Street
Oakland, CA 94607

RD #

| CRIME | INCIDENT NO | V1 | VICTIM LAST, First, Mid. |
|---|---|---|---|
| 11351.5 H&S | | V1 | STATE OF CA |

## SUSPECT

| Number | LAST, First, Mid. | | RELATIONSHIP TO VICTIM | INCUSTODY THIS OFFENSE [X] YES [ ] NO |
|---|---|---|---|---|
| 1 | KELLEY JAMES | | NONE | CITE # |

| SEX | RACE | D.O.B. | AGE | HEIGHT | WEIGHT | HAIR | EYES | DL. NUMBER | PFN |
|---|---|---|---|---|---|---|---|---|---|
| M | B | | 37 | 5-9 | 200 | BLK | BRO | | |

| HOME ADDRESS | CITY [X] OAKLAND | ZIP | APT. NO. | HOME /MSG. PHONE |
|---|---|---|---|---|
| ADELINE | | | | ( ) |

| WORK ADDRESS (Name of Business) (School) | CITY [ ] OAKLAND | ZIP | OCCUPATION | WORK PHONE |
|---|---|---|---|---|
| | | | | ( ) |

ADMONISHMENT: ADMONISHED [ ] YES [X] NO   REFUSED [ ] YES [ ] NO   STATEMENT [ ] YES [ ] NO      [ ] PROBATION COUNTY _____ Officer _____

BY: (OFFICER/DATE/TIME): _____      [ ] PAROLE   AGENT _____ [ ] PAL

DESCRIPTION PROVIDE BY R/O   CLOTHING, SCARS, MARKS, TATOOS, WORDS USED
GRAY SWTSHIRT, BLUE JEANS

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | COMPLEXION | APPEARANCE | SPEECH | DEMEANOR |
|---|---|---|---|---|---|---|
| [X] SHORT | [X] NATURAL / AFRO | [X] NONE | [ ] LIGHT | [X] CASUAL | [ ] LOW PITCH | [ ] CALM |
| [ ] MED. (HALF EAR) | [ ] BRAIDED | [ ] BEARD | [X] MEDIUM | [ ] WELL GROOMED | [ ] HIGH PITCH | [ ] POLITE |
| [ ] LONG (COVER EAR) | [ ] CREWCUT | [X] MUSTACHE | [ ] DARK | [ ] UNKEMPT | [ ] SLURRED | [ ] APOLOGETIC |
| [ ] COLLAR | [ ] CURLY | [ ] BEARD & MUSTACHE | [ ] FRECKLED | [ ] RIGHT HANDED | [ ] STUTTER | [X] NERVOUS |
| [ ] SHOULDER | [ ] PONYTAIL | [ ] GOATEE | [ ] ACNE | [ ] LEFT HANDED | [ ] ACCENT | [ ] PROFESSIONAL |
| [ ] BALD/SHAVED | [ ] PUNK | [ ] SIDEBURNS | [ ] POCKMARK | [ ] BIRTHMARK | TYPE ___ | [ ] OFFENSIVE |
| [ ] RECEDING | [ ] CONSERVATIVE | | [ ] MOLE | [ ] OTHER | | [ ] HOSTILE |
| | | | [ ] RUDDY | | | [ ] VIOLENT |

| OTHER DISTINCTIVE FEATURES | [ ] BODY ODOR TYPE ___ | WEAPON USED | [ ] REVOLVER | [ ] SEMI-AUTO PISTOL | [ ] SHOTGUN | [ ] RIFLE |
|---|---|---|---|---|---|---|
| [ ] GOLD TOOTH | [ ] MISSING TEETH | [ ] LARGE EYES | CAL. ___ BARREL ___ | [ ] SAWED OFF | [ ] NICKEL | [ ] BLUED |
| [ ] SILVER TOOTH | [ ] GLASSES | [ ] MISSING LIMBS | [ ] BLUDGEON / CLUB | [ ] HANDS/FEET | [ ] ROCK / BRICK | [ ] CUT / STAB | [ ] VEHICLE |

## SUSPECT

| Number | LAST, First, Mid. | | RELATIONSHIP TO VICTIM | INCUSTODY THIS OFFENSE [X] YES [ ] NO |
|---|---|---|---|---|
| 2 | KELLER ERICKA | | NONE | CITE # |

| SEX | RACE | D.O.B. | AGE | HEIGHT | WEIGHT | HAIR | EYES | DL. NUMBER | PFN |
|---|---|---|---|---|---|---|---|---|---|
| F | B | | 27 | 5-1 | 140 | BLK | BRO | | |

| HOME ADDRESS | CITY [X] OAKLAND | ZIP | APT. NO. | HOME /MSG. PHONE |
|---|---|---|---|---|
| ADELINE | | | | ( ) |

| WORK ADDRESS (Name of Business) (School) | CITY [ ] OAKLAND | ZIP | OCCUPATION | WORK PHONE |
|---|---|---|---|---|
| | | | | ( ) |

ADMONISHMENT: ADMONISHED [X] YES [ ] NO   REFUSED [X] YES [ ] NO   STATEMENT [ ] YES [X] NO      [ ] PROBATION COUNTY _____ Officer _____

BY: (OFFICER/DATE/TIME) J Kelly 8401C 17 JAN 06      [ ] PAROLE   AGENT _____ [ ] PAL

DESCRIPTION PROVIDE BY R/O   CLOTHING, SCARS, MARKS, TATOOS, WORDS USED
BLUE JEAN JKT, GRAY SWEATS

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | COMPLEXION | APPEARANCE | SPEECH | DEMEANOR |
|---|---|---|---|---|---|---|
| [ ] SHORT | [ ] NATURAL / AFRO | [X] NONE | [ ] LIGHT | [X] CASUAL | [ ] LOW PITCH | [ ] CALM |
| [X] MED. (HALF EAR) | [ ] BRAIDED | [ ] BEARD | [X] MEDIUM | [ ] WELL GROOMED | [ ] HIGH PITCH | [ ] POLITE |
| [ ] LONG (COVER EAR) | [ ] CREWCUT | [ ] MUSTACHE | [ ] DARK | [ ] UNKEMPT | [ ] SLURRED | [ ] APOLOGETIC |
| [ ] COLLAR | [ ] CURLY | [ ] BEARD & MUSTACHE | [ ] FRECKLED | [ ] RIGHT HANDED | [ ] STUTTER | [X] NERVOUS |
| [ ] SHOULDER | [ ] PONYTAIL | [ ] GOATEE | [ ] ACNE | [ ] LEFT HANDED | [ ] ACCENT | [ ] PROFESSIONAL |
| [ ] BALD/SHAVED | [ ] PUNK | [ ] SIDEBURNS | [ ] POCKMARK | [ ] BIRTHMARK | TYPE ___ | [ ] OFFENSIVE |
| [ ] RECEDING | [X] CONSERVATIVE | | [ ] MOLE | [ ] OTHER | | [ ] HOSTILE |
| | | | [ ] RUDDY | | | |

| OTHER DISTINCTIVE FEATURES | [ ] BODY ODOR TYPE ___ | WEAPON USED | [ ] REVOLVER | [ ] SEMI-AUTO PISTOL | [ ] SHOTGUN | [ ] RIFLE |
|---|---|---|---|---|---|---|
| [ ] GOLD TOOTH | [ ] MISSING TEETH | [ ] LARGE EYES | CAL. ___ BARREL ___ | [ ] SAWED OFF | [ ] NICKEL | [ ] BLUED |
| [ ] SILVER TOOTH | [ ] GLASSES | [ ] MISSING LIMBS | [ ] BLUDGEON / CLUB | [ ] HANDS/FEET | [ ] ROCK / BRICK | [ ] CUT / STAB | [ ] VEHICLE |

## SUSPECT VEHICLE

| VEHICLE WAS | | DAMAGE DETAILS, UNIQUE FEATURES | OTHER DESCRIPTION |
|---|---|---|---|
| [ ] TOW IF ___ [ ] SECURED AT SCENE [ ] FINGERPRINTED [ ] RELEASED TO OWNER [ ] HOLD/UNIT: ___ | | | |

| OWNER | ADDRESS | CITY [ ] OAKLAND ZIP | PHONE |
|---|---|---|---|
| S #1 | | | |

| LIC. STATE/OR PLATE COLORS | YEAR | MAKE | MODEL | STYLE | EXTERIOR COLOR | CONDITION | INTERIOR COLOR | INTERIOR |
|---|---|---|---|---|---|---|---|---|
| | 86 | FORD | TK | PK | BURG | [ ] CLEAN [ ] NEW [ ] DIRTY [ ] POOR | | [ ] CLEAN [ ] ODOR [ ] DIRTY [ ] |

| TIRES | RIMS | LEVEL | ROOF | WINDOWS | SEATS | TRANSMISSION |
|---|---|---|---|---|---|---|
| [ ] STOCK [ ] WIDE | [ ] STOCK [ ] CHROME | [ ] STOCK [ ] LOWERED | [ ] VINYL [ ] LANDAU | [ ] TINTED | [ ] VINYL [ ] BENCH | [ ] AUTOMATIC |
| [ ] SMALL | [ ] MAGS [ ] SPOKE | [ ] RAISED | [ ] CONV | [ ] BROKEN | [ ] CLOTH [ ] BUCKET | [ ] MANUAL |

| REPORTED BY | SERIAL # | WATCH | DISTRICT | SUPERVISOR | SERIAL # | PAGE |
|---|---|---|---|---|---|---|
| S VALLE | | CID | TEFF | SGT WINGATE | | 2 OF |

ORI 00109

JK-00013

**O.P.D**

ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD # ▓▓▓▓

| CRIME | ☐ SUPPLEMENTAL | INCIDENT # ▓▓ | VICTIM LAST, First, Mid |
|---|---|---|---|
| 11352 (a) HS | | V 1 | SOC |

| SUSPECT LAST, First, Mid | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, James Earl | ▓▓ Adeline Street | 17Jan07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC. | SERIAL # | VALUE |
|---|---|---|---|---|

**Additional R/O's**

Sgt. R. Wingate ▓▓▓
J. Kelly ▓▓
L. Sanchez ▓▓▓
E. Karsseboom ▓▓▓
O. Crum ▓▓
M. Valle ▓▓▓
F. Shavies ▓▓
S. Tarum ▓▓
E. Frazier ▓▓
W. Burke ▓▓
S. McClure ▓▓ (observer - ARGUS)
J. Villalobos ▓▓ (pilot – ARGUS)

**NARRATIVE:**

On 17Jan07 at approximately 1200 hours, I was assigned to the Oakland Police Department's Targeted Enforcement Task Force (TETF) as plain-clothes unit 14K31. I was dressed in plain clothes and operating out of a covert vehicle.

On this date and time I held a briefing at the 4th floor of the PAB for a narcotics operation targeting a known narcotics trafficker KELLEY, James Earl (S1). I had previously received information from reliable sources that S1 is a mid-level cocaine dealer in Oakland and that he stores and sells quantities of cocaine from an unknown residence in the ▓▓ block of Adeline Street. Sources advised me that S1 resides at this unknown location with his girlfriend KELLER, Erica (S2). I discovered through the Law Records Management System (LRMS) that S1 and S2 have used ▓▓ Adeline St as their home address. I also found that S1 has had a previous felony narcotics conviction. Reliable sources advised that S1 often uses an older model brown Datsun or burgundy Ford Ranger to transport and sell cocaine.

I assigned both U/C surveillance teams and fully marked stop/arrest teams for this operation. I assigned U/C R/O's J. Kelly and L. Sanchez to establish surveillance at ▓▓ Adeline Street. I also directed fully uniformed officer's W.Burke and E.Frazier to conduct a pre-text stop on S1's vehicle for any California Vehicle Code (CVC) violation. My plan was to have S1 stopped on independent probable cause and have Officer E. Karsseboom's certified narcotics detection K9 "Xena" conduct an outer sniff of the vehicle. If "Xena" was to alert to narcotics in the vehicle, a probable cause search would be conducted. If narcotics were to be recovered, S1 would be placed under arrest and I would apply for a search warrant for ▓▓ Adeline St.

| Reported By | Serial No | Watch | Area | Supervisor | Serial No. | Page 3 of 5 |
|---|---|---|---|---|---|---|
| S. Valle ▓▓ | | CID | TETF | Sgt. R. Wingate ▓▓ | | |

536-937 (1/97)

# *OPD*

| ADDITIONAL INFORMATION REPORT | | OAKLAND POLICE DEPARTMENT<br>455 – 7th Street<br>Oakland, CA 94607 | | RD #<br>▮▮▮▮▮▮▮ | |
|---|---|---|---|---|---|
| ☐ SUPPLEMENTAL | INCIDENT # ▮ | V 1 | VICTIM LAST, First, Mid.<br>SOC | | |

| CRIME<br>11352 (a) HS | | | | | |
|---|---|---|---|---|---|
| SUSPECT LAST, First, Mid.<br>KELLEY, James Earl | INCIDENT LOCATION<br>▮▮Adeline Street | | DATE OF THIS REPORT<br>17Jan07 | ORIGINAL DATE<br>REPORTED |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE)<br>ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

At approximately 1300 hrs, Kelly established surveillance at ▮▮Adeline St and advised that he observed S1 pull up in a red Chevy Corvette. Kelly saw S1 going to and from the area of ▮▮Adeline St and left a short time later in the Corvette.

At about 1405 hrs, Kelly advised that he saw Kelly once again pull up and park in the ▮▮block of Adeline St but this time he was driving a burgundy Ford Ranger (CA LIC# ▮▮▮▮▮▮ – registered to S1). They both walked towards the area of ▮▮Adeline St.

At 1605 hrs, Kelly observed S1 and S2 walk back to the Ford Ranger. Kelly advised that S1 got into the driver's seat and S2 into the right front passenger seat. Kelly then observed S1 drive off S/B Adeline St and then E/B 5th St and out of his view. See Kelly's supplemental for further details on his observations.

Surveillance teams followed S1 as he got onto the S/B 880 FWY. I had planned to have Frazier and Burke conduct a pre-text stop once he got off the freeway due to the possible hazards of conducting a traffic stop on the freeway.

Surveillance followed S1 as he got off the Fruitvale exit from 880 FWY. At this point I decided to have Frazier and Burke stop S1 based on independent probable cause. Frazier and Burke advised that they attempted to pull the vehicle over with their traffic enforcement lights but S1 did not yield. S1 fled and a pursuit ensued.

During the pursuit, Off's Crum and Tarum advised that they observed possible narcotics being thrown from S1's vehicle onto the S/B 880 FWY. Crum also advised that he saw S1 talking on his cell phone while he was being pursued. Off's M. Valle and Shavies later found and recovered approximately nine ounces of suspected cocaine base near the area where they were earlier seen thrown from S1's vehicle.

The pursuit came to an end in the W/B lanes of the Bay Bridge when Crum executed a Pursuit Intervention Technique (P.I.T.) on S1's vehicle. S1 and S2 were then taken into custody by Crum and Tarum. See Crum's supplemental for details.

OPD aerial support helicopter ARGUS and several other units also assisted in the pursuit. See McCLure's supplemental for details.

Based on Kelly's observations of S1 leaving the area of ▮▮Adeline St, suspected cocaine base being recovered during the pursuit, and that S1 was seen on the cell phone while he was being pursued, I believed that 1) the suspected narcotics came from ▮▮ Adeline St, 2) there was possibly more contraband in the residence, and 3) S1 had the capabilities of contacting possible unknown suspect(s) via cell phone to have additional contraband removed from the residence. It has been my experience that narcotic offenders will often make phone calls to have persons remove contraband from any location (i.e. residence, vehicle, etc, etc...) to thwart law enforcement efforts in finding and linking suspect(s) to the contraband prior to police searching the location. Based on these factors, I decided to freeze ▮▮Adeline St in anticipation of a search warrant.

| Reported By<br>S. Valle ▮▮▮▮ | Serial No. | Watch<br>CID | Area<br>TETF | Supervisor<br>Sgt. R. Wingate ▮▮▮▮ | Serial No. | Page 4 of 5 |
|---|---|---|---|---|---|---|

536-937 (1/97)

***O.P.D***

**A**DDITIONAL IN**FO**RMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME | SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM-LAST, First, Mid. |
|---|---|---|---|---|
| 11352 (a) HS | | | | SOC |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, James Earl | Adeline Street | 17Jan07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

At approximately 1630 hrs, Kelly and several other uniformed OPD R/O's responded to ██ Adeline St and freezed the location.

Kelly advised me that while they conducted a cursory search for any possible suspects and weapons within the residence, he saw items in plain-view consistent with manufacturing and packaging of narcotics in the kitchen area.

I wrote a search warrant application for ██ Adeline St which was signed and granted by the Honorable Judge Morris Jacobson at 2310 hrs.

I advised units at ██Adeline St that the search warrant had been approved and a search of the residence was conducted.

I was advised that approximately five ounces of suspected cocaine base and suspected cocaine hydrochloride was recovered from the residence. Tarum told me that a loaded firearm was also recovered in the residence along with several items of indicia in S1 and S2's name and paraphernalia consistent with manufacturing and packaging cocaine was recovered. See Tarum's supplemental for details on the search.

Based on this incident, I placed the following additional charges on S1: Possession of Narcotics and Firearm 11370.1HS, Transportation of Narcotics 11352(a)HS, Possession of Cocaine Base For Sale 11351.5HS, Possession of Cocaine HCL for Sale 11351HS, Felon in Possession of Firearm 12021(a) HS, Evade Police w/o Disregard For Public Safety 2800.2VC, Resist/Obstruct Police 148(a)PC, Altered Serial Number on Firearm 12090PC, Possession of Cocaine in Excess of One Ounce 1203.073 (b)(5) PC.

S2 was placed under arrest for 11352(a) HS, 1203.073(b) (5) PC, 11351.5HS, and 11351HS.

| Reported By | Serial No | Watch | Area | Supervisor | Serial No | |
|---|---|---|---|---|---|---|
| S. Valle | | CID | TETF | Sgt. R. Wingate | | Page 5 of 5 |

536-937 (1/97)

JK-00016

5:28 PM

# *O.P.D.*
ADDITIONAL INFORMATION REPORT

**OAKLAND POLICE DEPARTMENT**
455 – 7th Street
Oakland, CA 94607

**RD #**

| CRIME | SUPPLEMENTAL | INCIDENT # | VICTIM Last, First, Mid |
|---|---|---|---|
| 11352 (a) H&S | | | State of California |

| SUSPECT LAST, First, Mid | | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| Kelley, James | Adeline St. | 17JAN07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC. | SERIAL # | VALUE |
|---|---|---|---|---|

**NARRATIVE:**

On 01/17/07 at about 1200 hours, I was working as an undercover surveillance officer in the area of ▮ Adeline St., in Oakland. I was operating out of a covert vehicle with a clear and unobstructed view of the entire area of the ▮ block of Adeline. I was conducting narcotics surveillance on a known narcotics dealer named James Kelley who was possibly keeping narcotics in his residence at ▮ Adeline St.

At about 1300 hours I observed Kelley drive N/B on Adeline from ▮ St. in a red Chevy Corvette and park on the east curb just north of ▮ St. I observed Kelley exit the vehicle wearing a gray long sleeve shirt and light blue jeans and walk across the street to the area of ▮ Adeline St.

Moments later I saw Kelley walk back towards the Corvette and drive north and then west on 8th St. out of my view. I was able to broadcast this information on our O.P.D. Nextel to other members of our team. I remained in my position.

At about 1405 hours I observed Kelley drive north bound on Adeline from ▮ St. Kelley was driving a burgundy Ford Ranger pick-up truck with a matching camper shell. Kelley made a u-turn and parked facing south on the west curb just north of ▮ St. There were no cars between the pick-up and the intersection of ▮ and Adeline. I was able to again broadcast a description and location of this vehicle. I was able to advise the plate was Ca. ▮ Kelley got out of the vehicle and was with a female black later identified as Ericka Keller.

At about 1530, I observed Kelley walk north on the west sidewalk and enter the liquor store on the s/w corner at 8th and Adeline. Moments later Kelley walked back towards ▮ Adeline. Kelley was carrying a black plastic bag which appeared to contain a rectangular shaped object in the bottom. Kelley walked back to the area of ▮ Adeline.

At about 1605 hours, I observed Kelley and Keller walk back to the burgundy vehicle and get into the vehicle. Kelley got into the driver's seat and Keller in the passenger seat. I advised units that the vehicle was now traveling south on Adeline and then east on 5th St. towards freeway 880 south. The vehicle was out of my view.

After a pursuit involving arrest teams and CHP, Kelley and Keller were taken into custody and narcotics were recovered.

| Reported By | Serial No. | Watch | Area | Supervisor | Serial No. | | of 2 |
|---|---|---|---|---|---|---|---|
| J. Kelly | | CID | TE TF | Sgt. R. Wingate | | | |

6-957 (1/97)

ORI 00109

5:28 PM

**O.P.D.**
ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME | SUPPLEMENTAL | INCIDENT # | VICTIM Last, First, Mid. |
|---|---|---|---|
| 11352 (a) H&S | | | State of California |

| SUSPECT LAST, First, Mid. | | | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|---|
| Kelley, James | | Adeline St. | 17JAN07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

Supp. Cont:

I then put on my Oakland police raid jacket and responded to ▇ Adeline with other officers to "freeze" the residence for a search warrant. As I approached, the door to the residence opened and Keller's son, ▇ ▇/▇/99 was at the door. I immediately entered with Off. Sanchez, Off. Holton and Off. Bowling in order to secure the residence for our safety. Also inside the residence was ▇▇▇/▇/96 and Debroah James▇▇▇ None of the occupants were handcuffed and were seated in the living room while waiting for the search warrant to be signed. The uncle of the children, Stanley Brown ▇▇▇ who lives at ▇▇▇ responded to the residence to pick up the children. Brown's phone number is ▇▇▇

I later responded to the Police department to interview Keller. I admonished her and she refused to make a statement.

| Reported By | Serial No | Watch | Area | Supervisor | Serial No. | | |
|---|---|---|---|---|---|---|---|
| J. Kelly | | CID | TE TF | Sgt. R. Wingate | | 2 of 2 | |

536-937 (1/97)

**O.P.D.**
**ADDITIONAL INFORMATION REPORT**

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME | ☐ SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11351 H/S | | | | State of California |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| Kelley, James | Bay Bridge | 17Jan07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

Evidence:

1) One plastic bag containing two twist of suspected crack cocaine. I recovered this from behind the radio in suspect Kelley's vehicle and turned it into the OPD crime lab.

2) U.S. currency in the amount of $1174 (1x$50, 43x$20, 8x$10, 26x$5, 54x$1).I recovered this from the left rear pocket of Kelley and turned it into the OPD property section.

3) Photographs, One 40 Cal S&W shell casing, and Indicia in the name of James Kelley. This was recovered by Ofc Trenev and FBI agent Sandra Flores from the Bay Bridge and I turned it into the OPD property section.

Summary: On 17Jan07 I was working as TETF unit 14A34 with Ofc S. Tarum ████ We were both wearing full OPD uniform (raid jacket, blue jeans) and I was driving semi marked vehicle 1946. At about 1200hrs we responded to the PAB 4th floor for a briefing for a narcotics surveillance/wall stop. We were told that we were the primary arrest team, and to P.I.T (Pursuit Immobilization Technique) the suspect vehicle immediately if it failed to yield to avoid a pursuit. At about 1610hrs we were parked in the area of East 9th /Fruitvale Ave.

During this time we were advised by ████ (Argus) a maroon Ford pick up truck (lic# ████ ) being driven by a known suspect identified as Kelley, James was traveling southbound 880 and exiting at the Fruitvale Ave exit. As Kelley drove passed Derby Street on Elmwood ████ Ofc Frazier and Burke got behind him and attempted to conduct the wall stop. With ████ behind him Kelley drove northbound Fruitvale Ave then westbound East 9th back towards northbound 880 failing the yield to there emergency lights and sirens. During this time Sgt Wingate advised that Kelley was not stopping at which time I drove eastbound east 9th to assist ████ with the pursuit. Argus advised that Kelley was now driving northbound 23rd Ave up on the sidewalk and had cut across traffic to get back on the freeway.

Once back on the 880N on ramp at 23rd Ave I observed Kelley throw a black object from the driver's side window with his left hand. Ofc Tarum advised other units of my observation as Kelley continued to drive northbound 880 weaving in and out traffic at about 65-70mph. Kelley continued to drive northbound 880 with no regard for other motorist while talking on his cell phone. As Kelley approached Oak Street I noticed him hitting the dash of his vehicle with his right hand as he looked in his rearview mirror. With the 980 split approaching it appeared the Kelley was going to take it, but at the last minute he went from the number four lane to the number one cutting off several vehicles.

After passing the exit for Market and just before 7th/Maritime exit Kelley threw another black object from the vehicle this time with his right hand. Ofc Tarum advised other units of my observations as Kelley continued to

| Reported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| O.Crum | ████ | TE | TF | Sgt R. Wingate | ████ | Page 1 of 2 |

536-937 (1/97)

ORI 00109

JK-00019

**O.P.D**
ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME 11351 H/S | ☐ SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM LAST, First, Mid. State of California |
|---|---|---|---|---|

| SUSPECT LAST, First, Mid. Kelley, James | INCIDENT LOCATION Bay Bridge | DATE OF THIS REPORT 17Jan07 | ORIGINAL DATE REPORTED |
|---|---|---|---|

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

Summary continued:

weave in and out of traffic at about 70-80 mph. As we approached the toll plaza in the carpool lane Sgt Wingate advised OPD radio to notify CHP for assistance in the pursuit.

As we continued across the Bay Bridge Kelley's speed slowed down due to the moderate traffic. Kelley continued to weave in and out traffic at about 50-55 mph. During this time I backed off to allow Kelley a chance to slow down the pursuit, but it didn't change his speed or driving. After passing through the Yurba Buena tunnel Argus advised that traffic ahead was slowing down. Fearful that Kelley would continue to drive with no regard for public safety on the populated streets of San Francisco endangering more lives I had Ofc Tarum advised that I would conduct a P.I.T if it presented itself. Sgt Wingate authorized the P.I.T. As traffic slowed down more I heard that CHP was conducting a traffic break, and I had two other OPD units with me. With my speed at approximately 30-35mph I elected to conduct a P.I.T. With Kelley in the number two lane I positioned myself at the right rear of the truck. Once the P.I.T maneuver us executed the truck started to spin around, and I could see that Kelley was trying to stop it by turning his steering wheel in the opposite direction as he did this it appeared the rear end of the vehicle hit the bridge curb. As Kelley did this the truck rolled over before coming to rest on its wheels. Kelley and his passenger were taken into custody without incident.

A search of Kelley incident arrest revealed U.S. currency in the amount of $1174.00. A search of the vehicle revealed suspected crack cocaine. While talking to Kelley we stated that his back was broken. Kelley was transported to San Francisco general hospital by SFFD. Kelley suffered no cuts, broken bones, or major injuries and was released with only a complaint of pain to his lower back.

The passenger in the vehicle was transport to ACH and was later released with a complaint of pain to her neck.

Both were later transported to Glenn Dyer Jail.

The vehicle was towed to A/B.

| Reported By O.Crum | Serial No. | Watch TE | Area TF | Supervisor Sgt R. Wingate | Serial No. | Page 2 of 2 |
|---|---|---|---|---|---|---|

536-937 (1/97)

ORI 00109

JK-00020

# O.P.D. ADDITIONAL INFORMATION REPORT

| | | | | RD # |
|---|---|---|---|---|
| | | OAKLAND POLICE DEPARTMENT 455 – 7th Street Oakland, CA 94607 | | |

| CRIME | SUPPLEMENTAL | INCIDENT # | | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11 3 5 a ( A ) H S | | 868 | V 1 | State of Ca. |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, JAMES | 80 Bay Bridge | 17 JAN 07 | 17 JAN 07 |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

On 17 Jan 07, at approximately 1610 hrs, I was working as an observer for the Oakland Police Air Support Unit, (4A50). The pilot was Officer J. Villalobos.

At that time we were flying to assist in the apprehension of a narcotics dealer who was driving in a red Ford Ranger pick up truck with a red matching camper shell. We followed the truck to the area of Elmwood and Derby St. Where ground units attempted to pull the vehicle over. The truck fled from the ground units and traveled under the freeway then West onto E 9th St.

I first saw the pick up truck fleeing from a black semi-marked police car that was using its red lights and strobe lights to pull it over. I also observed a fully marked patrol vehicle behind the semi-marked car. The truck entered onto N/B 880 at 29th Ave. and quickly exited again on 23rd Ave. The truck fled N/B 23rd Ave and drove onto the sidewalk to get around stopped traffic on 23rd Ave. The truck ran a red light to make a left hand turn to get back onto N/B 880. Both pursuing patrol vehicles pursued at a safe distance from the suspect vehicle. The truck sped up to approx 75MPH. I observed the freeway conditions as being moderate with cars in most lanes but going the speed limit.   The suspect driver was in control of his vehicle and he weaved in and around the normal flow of traffic causing risk to the other drivers. As the suspect vehicle entered the freeway the following ground unit reported seeing possible narcotics being dumped out from the truck. I took a mental note of the location. It appeared the location was N/B 880 at 23rd Ave on ramp.

We followed the chase giving out location, freeway conditions and approximate speeds. I also advised of the number of units in the chase. The driver kept mostly in the #1 lane but would on a few occasions change lanes to pass traffic on the right. Near the 7th St exit on N/B 880 the #1 officer in the chase observed some more possible narcotics being thrown out.

I advised that the pursuit continued N/B 880 to 80 West and approach to Bay Bridge toll plaza. I observed that the suspect vehicle traveled in the HOV lanes and drove through the toll plaza without stopping. On the Bay Bridge I again put out the speed and the location of the pursuit and advised of the location of additional officers. As the vehicle fled on the bay bridge the truck again weaved in and around traffic causing risk to other drivers. As the pursuit neared the Western anchorage I advised traffic was stopped trying to exit into the city.

At that point permission was given to pit and I observed two semi-marked patrol vehicles close to the vehicle with two more police vehicles closing in. Within seconds of getting permission to pit the #1 police car pitted the suspect vehicle as they slowed down for stopped traffic IFO them on the bridge. As the suspect vehicle was pitted it turned abruptly to the left

| JReported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| S. McClure | | 3 | 3 | SGT Hassna | | Page 1 of 2 |

536-937 (1/97)

# O.P.D

ADDITIONAL INFORMATION REPORT

**OAKLAND POLICE DEPARTMENT**
455 – 7th Street
Oakland, CA 94607

**RD #**

| CRIME | SUPPLEMENTAL | INCIDENT # | | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11352 (A)H₃ | | | V 1 | State of Ca. |

| SUSPECT LAST. First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, JAMES | 80 Bay Bridge | 17 JAN 07 | 17 JAN 07 |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL & SIZE, COLOR, MARKS, ETC. | SERIAL # | VALUE |
|---|---|---|---|---|

and flipped causing the camper shell to become detached. The vehicle came to a rest on the bridge and the occupants were detained on scene. It did not appear that any other vehicles were involved in the police action involving the suspect vehicle flipping over.

I advised dispatch of the units on scene and it was reported that a motor CHP officer had gone down just east of the suspect scene. I had observed that officer attempting to conduct a traffic break just prior to the pit.

We then assisted with aerial surveillance of the scene and provided information for the quickest way for emergency medical personnel to get to the incident.

After emergency medical units arrived safely on scene we flew to assist units to in the search for the thrown narcotics. Upon arrival at 23rd Ave and 880 I observed units at the correct location looking. I observed ground units again at the second correct location looking for narcotics on N/B 880 South of 7th St.

After assisting with the recovery of narcotics we landed back at the airport to refuel.

| JReported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| S. McClure | | 3 | 3 | SGT Hassna | | **Page 1 of 2** |

536-937 (1/97)

ORI 00109

# O P D

**OAKLAND POLICE DEPARTMENT**
455 - 7th Street
Oakland, CA 94607

**ADDITIONAL INFORMATION REPORT**

RD #

| CRIME | | INCIDENT # | | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11352 (a)H3 | ☑ SUPPLEMENTAL | | V1 | STATE OF CA |

| SUSPECT LAST, First Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, James | BAY BRIDGE | 17 JAN 07 | |

**PROPERTY (and/or NARRATIVE)**

| ITEM # | QNTY. | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

SUMMARY ON 17 JAN 07 AT APPROX. 1615 HRS I WAS WORKING AS OPD PATROL UNIT 3L31 IN FULL UNIFORM AND DRIVING FULLY MARKED OPD VEH. # 1562. AT THIS TIME I WAS LEAVING TRANSPORTATION AT THE PAB WHEN PATROL 2 RADIO CHANEL WAS "PATCHED" WITH A OPD TAC CHANEL BROADCASTING A PURSUIT. THIS PURSUIT WAS HEADING N/B ON I-880 AND _____ "ARGUS" WAS BROADCASTING THE DESCRIPTION & CONDITIONS FROM THE AIR. THE WANT WAS GIVEN TOO AS NARCOTIC SALES. I POSTED AT THE N/B I-880 BROADWAY ON-RAMP TO FOLLOW OR ASSIST IN ANY NEED TRAFFIC BREAKS FROM BEHIND. AS I DID THE PURSUIT WENT PAST ME AT APPROX. 70 MPH IN THE #1 LANE. I BEGAN TO FOLLOW FROM A DISTANCE OF APPROX. 1/4 MILE. AT THIS TIME A 2 MAN UNMARKED POLICE VEHICLE CAR WAS #1 IN THE PURSUIT WITH A 2 MAN MARKED VEHICLE AS #2 TRAILING A BIT BEHIND. THE PURSUIT CONTINUED TO W/B I-80 & THE BAY BRIDGE TOLL PLAZA. SPEEDS STATED AT APPROX. 70 TO 80 MPH WITH POCKETS OF SLOWING FOR TRAFFIC. AS THE PURSUIT WENT THROUGH THE TOLLS A MONITORING SGT. AUTHORIZED A 3rd PURSUITING UNIT. I NOTIFIED RADIO THAT I WOULD TAKE THAT POSITION. THE PURSUIT CONTINUED ON THE BAY BRIDGE. AT THIS TIME I NOTICED THE 2nd MARKED COVER VEHICLE FALLING BEHIND THE PURSUIT, LATER THE DRIVER OFF. B. BURKE TOLD ME HIS VEHICLE DID NOT HAVE THE PERFORMANCE TO KEEP UP. I TOOK THE #2 POSITION PRIOR TO THE Y.B. TUNNEL. I STATED AS #2. AS WE APPROACHED THE LAST 1/2 MILE OF THE BRIDGE ARGUS ADVISED OF A TRAFFIC BACK-UP COMING ON US. INDEED TRAFFIC SLOWS TO APPROX. 30 MPH. A P.I.T. MANEUVER WAS ADVISED TO BE PERFORMED AS SOON AS POSSIBLE & SAFE TO DO SO. AT THIS TIME I WAS IN THE #4 LANE W/ THE PURSUIT IN THE #2 LANE. I WAS THERE AS I HAD TO MANUVER THROUGH TRAFFIC. AT THIS TIME THE PURSUIT SLOWS RAPIDLY PUTTING IT BESIDE ME. THE P.I.T. MANUVER WAS

| REPORTED BY | SERIAL # | WATCH | DISTRICT | SUPERVISOR | SERIAL # | |
|---|---|---|---|---|---|---|
| A. TREVEN | | 3 | 4 | SGT KRUPP | | PAGE 1 OF 2 |

538-937 (1/07)

# OPD

**OAKLAND POLICE DEPARTMENT**
455 - 7th Street
Oakland, CA 94607

**ADDITIONAL INFORMATION REPORT**

RD #

| CRIME | ☐ SUPPLEMENTAL | INCIDENT # | V1 | VICTIM LAST, First, Mid. | | |
|---|---|---|---|---|---|---|
| 11352 (A) H | | | | STATE OF CA. | | |
| SUSPECT LAST, First, Mid. | | INCIDENT LOCATION | | DATE OF THIS REPORT | ORIGINAL DATE REPORTED | |
| KELLY, JAMES | | BAY BRIDGE | | 17 JAN 07 | | |

**PROPERTY (and/or NARRATIVE)**

| ITEM # | QNTY. | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

DEEPENED BY THE #1 PURSUIT CAR ALSO AT THIS SAME TIME MT SPEEDS AT THAT TIME WAS APPROX. 30 MPH. THE P.I.T.ED VEHICLE THEN FLIPPED OVER ROLLING OVER & LANDED ON IT'S WHEELS. I PARKED MY CAR & ASSISTED IN DETAINING THE FEMALE PASSENGER WHO HAD BEEN SEATED STILL IN THE R/F PASSENGER SEAT W/ HER BELT ON. MT HANDCUFFS WERE PLACED ON HER & SHE WAS PUT INTO OFF. B. BURKE'S CAGE CAR.

I ASSISTED BY TAKING PHOTO'S W/ MY CAMERA OF THE POST PURSUIT VEHICLES. I ALSO HELPED GATHER SOME ITEMS FROM THE GROUND BY THE VEHICLE WHICH HAD BEEN EXPELLED DURING THE ROLL OVER. THOSE ITEM'S WERE A 40 CALIBER SHELL CASE AND A KODAK INSTANT CAMERA. FBI AGENT SANDRA FLORES ALSO GATHERED SOME PAPER'S & ARTICLES & ASKED ME TO TAKE POSSESSION OF THEM WHICH I DID AT APPROX. 1740 HRS. I HANDED THESE ITEMS TO OFF. O. CRUM, WHO MAINTAINED POSSESSION. THIS WAS AT 8TH & BRYANT AT THE CHP STATION. I DOWNLOADED THE PHOTO'S I TOOK AT THE P.A.B ON THE 4TH FLOOR W/ THE INVESTIGATING OFFICERS.

| REPORTED BY | SERIAL # | WATCH | DISTRICT | SUPERVISOR | SERIAL # | |
|---|---|---|---|---|---|---|
| A. TREW | | 3 | 4 | SGT KRUPP | | PAGE 2 OF 2 |

136-537 (1/97)

# *OPD*

**ADDITIONAL INFORMATION REPORT**

OAKLAND POLICE DEPARTMENT
455 - 7th Street
Oakland, CA 94607

RD #

| CRIME | [ ] SUPPLEMENTAL | INCIDENT # | | VICTIM  LAST, First, Mid. |
|---|---|---|---|---|
| | 11352 (a) H3 | | V1 | SOL |

| SUSPECT  LAST, First Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| Kellu, James | Bay Bridge | 17 JAN 07 | 17 JAN 07 |

## PROPERTY (and/or NARRATIVE)

| ITEM #. | QNTY. | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

SUMMARY: ON 17 JAN 07 I WAS WORKING 7M31. I WAS DRESSED IN FULL POLICE UNIFORM AND DRIVING FULLY MARKED POLICE MOTORCYCLE #22EB. I WAS ON ROUTINE PATROL WHEN I HEARD OPD OFFICERS IN PURSUIT OF A 11351 H3 SUSPECT. I HEARD OPD WAS TRAVELING N/B 880 TOWARDS S.F.

I BEGAN TO FOLLOW THE OPD UNITS ON THE FREEWAY. I HEARD OPD UNITS ADVISED THEY PITTED THE SUSPECT VEHICLE (⬛⬛⬛⬛⬛). UPON ARRIVAL I HEARD A C.H.P. MOTOR OFFICER HAD BEEN INVOLVED IN A COLLISION.

I HELPED ESCORT BEAR AND AMBULANCE ONTO THE FREEWAY.

APPROX 1710hrs I FOLLED CALTRANS EMPLOYEE EDUARDO BAKER TOW THE SUSPECT VEHICLE TO CHP OFFICE ON 8TH ST. W/ ALAMEDA AND I NEVER LOST VISUAL OF THE SUSPECT VEHICLE.

| REPORTED BY | SERIAL # | WATCH | DISTRICT | SUPERVISOR | SERIAL # | PAGE |
|---|---|---|---|---|---|---|
| D. [signature] | ⬛⬛⬛ | 3 | 3 | SGT FOSTER | | 1 OF 1 |

18-937 (1/07)

**O P D**

**ADDITIONAL INFORMATION REPORT**

OAKLAND POLICE DEPARTMENT
455 - 7th Street
Oakland, CA 94607

RD #

| CRIME | SUPPLEMENTAL 11352(a)H/S | INCIDENT # | V1 | VICTIM LAST, First, Mid. STATE of CA |
|---|---|---|---|---|

| SUSPECT LAST, First Mid. KELLEY, JAMES | INCIDENT LOCATION BAY BRIDGE | DATE OF THIS REPORT 17 JAN 07 | ORIGINAL DATE REPORTED |
|---|---|---|---|

**PROPERTY (and/or NARRATIVE)**

| ITEM # | QNTY. | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

SUPPLEMENTAL

ON 17 JAN 07 AT APPROX 1610 I WAS WORKING AS ▮▮▮▮▮▮
WITH E. FRAZIER ▮▮▮▮. WE WERE IN FULL POLICE UNIFORMS
AND I WAS DRIVING FULLY MARKED OPD CAR #1912. WE
WERE ASSISTING THE OPD T.E.T.F UNIT AS AN ARREST
TEAM FOR A NARCOTICS OPERATION.

WE WERE DIRECTED TO CONDUCT A WALL STOP ON CA LIC#
▮▮▮▮▮ A 86 FORD RANGER PICK UP TRUCK BURGANDY IN COLOR.
OUR PATROL CAR WAS PARKED ON THE EAST SIDE OF
LANCASTER / ELMWOOD AVE. AS THE SUSPECT VEHICLE
DROVE E/B ON ELMWOOD TOWARDS US I NOTICED THAT THE
DRIVER (LATER IDENTIFIED AS KELLEY) WAS NOT WEARING A
SEATBELT (27315(d) VC). I DECIDED TO CONDUCT A
TRAFFIC STOP ON THE CAR FOR THE LISTED INFRACTION.
USING THE EMERGENCY LIGHTS AND SIRENS ON OUR CAR I
ATTEMPTED TO STOP THE SUSPECT VEH AS IT TURNED N/B ON
FRUITVALE AVE. THE CAR WHICH WAS TRAVELING AT APPROX 20 MPH
INCREASED SPEED TO APPROX 35 MPH AND MADE A W/B TURN
ONTO E 9TH ST. THE SUSPECT VEH CONTINUED W/B ON E 9TH
ST IN THE #1 LANE AND FAILED TO STOP OR SLOW DOWN
FOR THE MARKED FOUR WAY STOP SIGN AT DEL MONTE
AVE (22450(a) VC). AT THIS POINT THERE WAS LIGHT
TRAFFIC AND NO PEDESTRIANS IN THE AREA.

KELLEY CONTINUED AT APPROX 40 MPH UNTIL HE ENTERED
THE FREEWAY ON RAMP TO N/B FWY 880. WHILE

CONT→

| REPORTED BY W. BURKE | SERIAL # | WATCH 3 | DISTRICT 2 | SUPERVISOR SGT. GONZALES | SERIAL # | PAGE 1 OF 3 |
|---|---|---|---|---|---|---|

36.037 (4/07)

JK-00029

**OPD**

**ADDITIONAL INFORMATION REPORT**

OAKLAND POLICE DEPARTMENT
455 - 7th Street
Oakland, CA 94607

RD #

| CRIME | SUPPLEMENTAL 11352 (a) 4 /s | INCIDENT # | V1 | VICTIM LAST, First, Mid. STATE OF CA |
|---|---|---|---|---|

| SUSPECT LAST, First, Mid. KELLEY, JAMES | INCIDENT LOCATION BAY BRIDGE | DATE OF THIS REPORT 27 JAN 07 | ORIGINAL DATE REPORTED |
|---|---|---|---|

PROPERTY (and/or NARRATIVE)

| ITEM # | QNTY. | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

SUPPLEMENTAL CONT.

ON 880 KELLEY INCREASED HIS SPEED TO ABOUT 60 MPH. KELLEY THEN TOOK THE 23RD AVE EXIT AND DROVE N/B AT APPROX 45 MPH AS WE APPROACHED E 11TH ST TRAFFIC WAS STOPPED FOR A RED LIGHT. KELLEY MANEUVERED TO THE EAST SIDE OF THE ROADWAY AND DROVE ON THE SIDEWALK TO PASS BY THE STOPPED CARS KELLEY DROVE N/B 23RD AVE THEN MADE A U/B TURN ONTO THE N/B 880 ENTRANCE.

ONCE ON N/B 880 OPD T.E.T.F. OFFICER CRUM WHO WAS TRAVELING N/B ON THE FREEWAY BECAME THE PRIMARY CHASE CAR. OPD HELICOPTER 'ARGUS' WAS WAS OVERHEAD SINCE THE START OF THE CHASE CONTINUED TO ADVISE OPD RADIO OF THE SPEED OF THE SUSPECT VEHICLE AS WELL AS THE TRAFFIC CONDITIONS. KELLEYS SPEED VARIED FROM 65-80 MPH AS HE DROVE ON NB 880. KELLEY CONTINUED TO CHANGE TRAFFIC LANES AS HE CONTINUED TO PASS OTHER CARS.

OFF. CRUM ADVISED RADIO ON AT LEAST TWO OCCASIONS THAT KELLEY HAD DISCARDED SUSPECTED NARCOTICS ONTO THE FREEWAY AS HE CONTINUED TO EVADE ARREST. KELLEY CONTINUED TOWARDS THE BAY BRIDGE AND DROVE W/B TOWARDS SAN FRANCISCO THROUGH THE PLAZA IN THE #2 CAR POOL LANE

CONT→

| REPORTED BY N. ZYRKE | SERIAL # | WATCH 3 | DISTRICT 2 | SUPERVISOR SGT. GONZALES | SERIAL # | PAGE 2 OF 3 |
|---|---|---|---|---|---|---|

# *OPD*

## ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 - 7th Street
Oakland, CA 94607

RD # ▮▮▮▮▮

| CRIME | SUPPLEMENTAL | INCIDENT # | | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| | 11352 (a) u/5 | 868 | V1 | STATE OF CA |

| SUSPECT LAST, First Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, JAMES | BAY BRIDGE | 17 JAN 07 | |

**PROPERTY (and/or NARRATIVE)**

| ITEM # | QNTY. | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

SUPPLEMENTAL CONT.

WITHOUT SLOWING. ONCE ON THE BRIDGE, I LOST SIGHT OF THE SUSP. VEH. AS WELL AS THE #1 OPD PURSUIT CAR DUE TO THE POOR MECHANICAL CONDITION OF OUR PATROL CAR. 'ARGUS' CONTINUED TO UPDATE THE SUSPECT VEHICLES LOCATION AS WELL AS IT'S SPEED.

WE ARRIVED AT THE TERMINATION OF THE PURSUIT WHERE IT APPEARED THAT THE SUSP. VEH. HAD BEEN PITTED. I REMOVED THE FEMALE PASSANGER THROUGH THE WINDOW OF THE CAR DUE TO THE FACT THAT THE DOOR WOULD NOT OPEN.

WE TRANSPORTED THE FEMALE TO ACH FOR COMPLAINT OF PAIN TO THE NECK. THE FEMALE WAS CLEARED AND TRANSPORTED TO THE PAB 4TH FLOOR AND PLACED IN AN INTERVIEW ROOM

| REPORTED BY | SERIAL # | WATCH | DISTRICT | SUPERVISOR | SERIAL # | PAGE 3 OF 3 |
|---|---|---|---|---|---|---|
| J BURKE | ▮▮▮▮▮ | 3 | 2 | SGT. GONZALES | | |

# *OPD*

ADDITIONAL INFORMATION REPORT

**OAKLAND POLICE DEPARTMENT**
455 – 7th Street
Oakland, CA 94607

**State Of California**

RD # 

| CRIME | | INCIDENT # | |
|---|---|---|---|
| 11370.1 H & S | ☒ SUPPLEMENTAL | ■ V 1 | VICTIM LAST, First, Mid. |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, James E | I880 Northbound 23rd Ave On-Ramp | 17 Jan 06 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

Evidence:
1) One black plastic bag containing nine smaller clear plastic twist tie bags of an off white solid substance of suspected cocaine base. I found it on the ground, on the I880 Northbound 23rd Ave On-ramp. I recovered it and turned it in to the OPD criminalistics section.
2) One small clear glass jar with a green cap, containing a liquid substance (presumptive field testing kit). I turned this in to the OPD criminalistics section.

Summary:
On 17 Jan 07 at about 1610hrs, I was working with Ofc. M. Valle as an arrest team unit for OPD Target Enforcement Task Force (■■■). I was driving fully marked patrol vehicle #1439 and wearing an OPD utility uniform shirt and blue jeans. I responded to I880 northbound just north of the 29th Ave on-ramp to provide cover for Ofc. S. Tarum■■ and O. Crum ■■ (■■■), who were attempting to conduct a car stop on a known narcotics violator, KELLEY, James MB (susp #1). KELLEY (susp #1) was driving CA Lic. # ■■■ 86 Ford Ran TK Mar (susp veh #1), along with KELLER, Erica FB (susp #2). Ofc. Tarum advised that a bag was thrown from the susp veh#1. I was advised by Sgt R. Wingate ■■ (■■■) to conduct a traffic break on I880 northbound just south of the 23rd Ave on-ramp. I conducted a traffic break and used my vehicle to block northbound traffic. Ofc. M. Valle responded to the 29th Ave on-ramp and blocked traffic on foot and I responded to the 23rd Ave on-ramp and blocked traffic on foot.

Sgt. Wingate arrived on scene and conducted a search for contraband on the far left shoulder of I880 northbound just north of the 29th Ave. on-ramp.

I was advised by Ofc. Tarum that a black bag was thrown out of the vehicle while the vehicle was entering the freeway at the 23rd Ave on-ramp. I observed a black plastic bag on the ground near the brush on the north curb of the 23rd Ave on-ramp (evidence item #1 listed above). I recovered the bag and observed the contents of the bag. The bag contained nine small plastic individually packaged, clear plastic twist tie bags of an off white solid substance (suspected cocaine base).

Capt D. Kozicki arrived on scene.

I advised Capt Kozicki of the recovery, and he advised Sgt Wingate that a recovery was made.

| Reported By | Serial No | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| F Shavies | ■■ | 3 | 2 | Sgt J Frugoli | ■■ | Page ( of 2 |

536-937 (1/57)

| | | | RD # |
|---|---|---|---|

**O.P.D**
ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

| CRIME | SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11370.1 H & S | | | | State Of California |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| KELLEY, James E | I880 Northbound 23rd Ave On-Ramp | 17 Jan 06 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

I placed the bag of suspected narcotics in the trunk of vehicle #1439 and locked the trunk.

Capt Kozicki advised me to move north on I880 towards the 7th St. Exit, to assist in trying to locate more contraband. When on scene, I met with Ofc. Tarum who viewed the black bag and identified it as the bag that was discarded by KELEY (susp #1) as he entered I880 North at 23rd Ave.

I searched I880 northbound between the Broadway exit and the 7th St. exit with negative results.

I transported evidence item #1 to 455 7th St. 4th Floor, and individually weighed each individually packaged plastic twist tie. The approximate weight of each twist tie was 28.5grams. I conducted a Presumptive Field Test on the suspected narcotics (evidence item #2). The PFT netted positive results.

I was then instructed by Sgt Wingate to relocate to ▇Adeline St. to assist in the execution of search warrant ▇▇▇

I placed the bag of suspected narcotics back in the trunk of vehicle #1439.

I assisted in the search of ▇Adeline St along with Ofc. Tarum and other members of OPD TETF unit.

I went back to the 4th Floor of 455 7th St. and placed the suspected narcotics in a narcotics envelope along with the PFT kit and turned the envelope in to the OPD Criminalistics section.

I returned to the 4th Floor of 455 7th St. I was instructed by Sgt Wingate to transport KELLER (susp #2) to North County Jail. Ofc. Tarum and I transported KELLER (susp #2) to NCJ. The nurse at NCJ advised us that KELLER (susp #2) was pregnant and needed to be transported to Santa Rita County Jail. We transported KELLER (susp #2) to Santa Rita County Jail without further incident.

I returned to the 4th Floor of 455 7th St. I was instructed by Ofc. S. Valle to transport KELLEY (susp #1) to NCJ. Ofc. Tarum and I transported KELLEY (susp #1) to NCJ. The nurse at NCJ advised us that NCJ would not accept KELLEY (susp #1). We transported KELLEY (susp #1) to Santa Rita County Jail without further incident.

| Reported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| F Shavies | ▇▇ | 3 | 2 | Sgt J Frugoli | ▇▇ | Page 2 of 2 |

136-937 (1/97)

# O.P.D

ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME | ☐ SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11351.5 H.S. | | | | State of California |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| Kelly, James | Adeline St. | 17 Jan 07 | |

PROPERTY (and/or NARRATIVE)

| ITEM | QNTY | ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

## Additional Officers

1- Sgt R. Wingate 
2- T. Shavies

3- J.Kelly
4- O.Crum 
5- L.Sanchez
6- E. Karsseboom

## Evidence

1- (1) Large black plastic bag containing coffee grounds, (3) three smaller clear plastic baggies containing suspected rock cocaine, (3) three plastic baggies containing suspected powder cocaine, total approx weight of 166grams. Located in the vacuum intake bag of a vacuum cleaner. Turned into O.P.D Crime lab by me

2- (1) Loaded black semi-automatic pistol Lorcin, Model L9mm, with filed down serial number. (1) one magazine containing nine unspent (9mm rounds), Located in the master bedroom closet. Recovered by me and turned into O.P.D property me

3- (1) One plastic bowel located on the dinning room table, containing one silver razor blade and suspected powder cocaine residue. Recovered by me and turned into O.P.D property by me.

4- (1) One Glad plastic sandwich bag box located and recovered from the dining room table, and turned into O.P.D property by me.

5- (1) One black digital gram scale model US-100 located on top of the dinning room table, and turned into O.P.D property by me.

6- Several plastic sandwich baggies one of which contained a heavy white powder residue of suspected cocaine. Found and recovered by me from the kitchen garbage. Turned into O.P.D property by me.

| Reported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| S.Tarum | | CID | TE TF | Sgt R. Wingate |  | Page 1 of 3 |

536-937 (1/87)

ORI 00109

| | | | | |
|---|---|---|---|---|

**O.P.D**
ADDITIONAL INFORMATION REPORT

OAKLAND POLICE DEPARTMENT
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME | ☐ SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| 11351.5 H.S. | | | | State of California |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| Kelly, James | ▓Adeline St. | 17 Jan 07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC. | SERIAL # | VALUE |
|---|---|---|---|---|

7- (2) Arm & Hammer baking soda boxes located in the kitchen garbage and turned into O.P.D property by me.

8- (1) One glass beaker 600 ml containing suspected cocaine residue located in the kitchen sink and recovered and turned into O.P.D property by me.

9- (1) One black plastic bag located on top of the kitchen stove. Recovered and turned into O.P.D. property by me.

10-(1) One digital black gram scale packaged in manufactured box, located in a kitchen drawer. Recovered by me and turned into O.P.D property.

11-(2) PG&E bills in the name of Keller, Erica with the address of 719 Adeline St. Located in the living room television and turned into O.P.D property by me.

12- (5) Five items of indicia in the name of S-1 Kelly, James with the address of ▓Adeline St located in the master bedroom upstairs. (1) black wallet containing several misc. documents some of which are in the name of Kelly, James.

**Supplemental:**

On 17 JAN 07, I was assigned to the TETF (Target Enforcement Task Force) as ▓ with Off O. Crum ▓ wearing utility uniform shirt, blue jean, and gun belt. At about 2312 hrs members of the TETF listed above unit and I executed a search warrant at ▓Adeline St in Oakland Ca, signed by the Honorable Judge Jacobson. It should be noted that the ▓Adeline St was frozen prior to the service of the warrant.

The above listed evidence items were located by members of the T.E.T.F and each item was recovered by me and turned into O.P.D property and or Oakland Crime Lab.

I recovered E-1 (suspected rock cocaine and powder cocaine) from inside the intake bag of a vacuum cleaner. E-2 (Loaded semi-automatic pistol) was recovered by me from the closet of the master bedroom in plain view. E-3 – E-10 was recovered by me from the kitchen and dinning room. E-11 (Indicia) was recovered from on top the television. E-12 (Indicia) was recovered from the master bedroom upstairs. Based on my training and experience, as well as information received from senior

| Reported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| S.Tarum | ▓ | CID | TE TF | Sgt R. Wingate | ▓ | Page 2 of 3 |

506-937 (1/97)

# O.P.D.

ADDITIONAL INFORMATION REPORT

**OAKLAND POLICE DEPARTMENT**
455 – 7th Street
Oakland, CA 94607

RD #

| CRIME | | SUPPLEMENTAL | INCIDENT # | V 1 | VICTIM LAST, First, Mid. |
|---|---|---|---|---|---|
| 11351.5 H.S. | | ☐ | | | State of California |

| SUSPECT LAST, First, Mid. | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| Kelly, James | Adeline St. | 17 Jan 07 | |

| ITEM | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

officers, I believe that the glass beaker, baking soda, packaging material, razor blade and scale are all used together in the manufacturing of the conversion of cocaine to cocaine base.

Evidence Tech B. Hubbard arrived on scene and took photos of the search warrant scene. See Evidence Tech Hubbard's supplemental for further details.

The above scene was secured prior to our departure.

A search warrant and search warrant inventory form was given to S-1 Kelly, James by me at 455 7th St Oakland police Department.

| Reported By | Serial No. | Watch | Area | Supervisor | Serial No. | |
|---|---|---|---|---|---|---|
| S.Tarum | | CID | TE TF | Sgt R. Wingate | | Page 3 of 3 |

1-937 (1/97)

ORI 00109