









Case 4:07-cr-00323-DLJ   Document 57-5   Filed 08/26/2008   Page 5 of 5