**EXHIBIT F**

# CONSOLIDATED ARREST REPORT

536-252 (2/92)     CA00109 Oakland Police Depart

| # | Field | Value |
|---|---|---|
| 1 | DEFENDANT'S TRUE NAME | KELLY, JAMES EARL JR |
| 2 | ARREST NO. | [redacted] |
| | REPORT NO. | [redacted] |
| | BOOKING AGENCY | 00109 |
| 5 | DEFENDANT'S NAME | KELLY, JAMES |
| 6 | PFN | [redacted] |
| | CRIME REPT DETAILS | VICE |
| 8 | AKA or NICKNAME | |
| 9 | OCCUPATION | |
| 10 | JAIL USE | A3 0340 [illegible] |
| 11 | DOB | [redacted] |
| | POB | CA |
| | HEIGHT | 5'8" |
| | WEIGHT | 145 |
| | HAIR | BLK |
| | EYES | BRO |
| | RACE | B |
| | SEX | M |
| | AGE | |
| 12 | SALIENT CHARACTERISTICS | |
| 13 | CLOTHING | BLK & GRY SHIRT, BLU PANTS |
| 14 | DEFENDANT'S RESIDENCE ADDRESS | 66TH AVE |
| 15 | DEFENDANT'S BUSINESS ADDRESS | |
| 16 | DRIVER'S LICENSE NO. | |
| 17 | SOCIAL SECURITY NO. | |
| 18 | DATE ARRESTED | 4 OCT 92 |
| 19 | TIME ARRESTED | 0230 |
| | RIGHT INDEX FINGER | FCN |

### 20. CODE SEC

| CODE SEC | M/F | COURT | CC | WARRANT NO. | BAIL | CEN |
|---|---|---|---|---|---|---|
| 11352 HS | F | 6 | 5 | 367386 | 10,000 | |
| 11351 HS | F | | 2 | | 1000 | 219000 |
| 12022 APC | F | | 2 | | 5000 | |
| 0 PRIOR | | | | | | |

| Field | Value |
|---|---|
| CII NO. | [redacted] |
| FBI NO. | [redacted] |
| CASH @ BOOKING | $20.02 |
| ID CONFIRMED BY | M8786 |
| CHECK | M3705 |

21. LOCATION OF ARREST: 66TH AVE  
22. SUPERVISOR: RIVERA  
23. ARRESTING OFFICER: M. REILLY  
   ARRESTING OFFICER: J. FERGUSON  
24. TRANSPORTING OFFICER:  

R.JADJE TO 5071 04OCT92 04:14:14

"MR KELLY JAMES IS CONFIRMED TO [illegible] BY [illegible]"

34. COMPLAINANT'S NAME: M. REILLY  
35. COMPLAINANT'S ADDRESS: OPD  

38. ☐ USED A FIREARM OR DEADLY WEAPON  ☐ ARMED WITH A FIREARM  
    ☐ CAUSED GREAT BODILY HARM  ☐ ACTED IN CONCERT (261, 286, 288a PC)

40. INSTRUCTIONS: List charges by name and code section. Document your admonishment of the arrested person. Enter the names and charges of other arrested persons who are not co-defendants. Enter "En Route (agency)" if appropriate. Indicate if suspect is on parole or probation. Describe known medical problems. If you are completing an offense or continuation report, DO NOT start the narrative on this sheet. If the suspect is arrested WITHOUT A WARRANT for an offense which occurred in another jurisdiction, identify the agency, the investigator's name, and the report number. Enter the reason for physical arrest (misdemeanor only).

| Charge | Code |
|---|---|
| SALES NARCOTICS (WARRANT) | (11352 HS) |
| POSS. COCAINE FOR SALE | (11351.5 HS) |
| ARMED IN COMMISSION OF A FELONY | (12022 APC) |

SERVED ARREST WARRANT ON DETAINEE AT HIS RESIDENCE. COCAINE WAS OBSERVED IN PLAIN VIEW WHERE HE WAS LAYING. RECEIVED CONSENT TO SEARCH FROM HOME OWNER AND GUN, MORE COCAINE, AND CASH.

JK-00061

# CRIME REPORT
**OAKLAND POLICE DEPARTMENT**
536-251 (2/91)

| Field | Value |
|---|---|
| 1. ASSIGN TO | VICO |
| RD NO | [redacted] |
| 2. REPORTING AGENCY | |
| BEAT | OV |
| INCIDENT NO. | [redacted] |
| NO PERSONS ARRESTED | 1 |
| Page | 1 of 5 |

**PERSON 1:** ☒ COMPLAINANT  ☐ BUSINESS
- 3. LAST NAME: OC M REILLY
- 5. BUSINESS ADDRESS/SCHOOL: OPD

**PERSON 2:** ☐ COMPLAINANT  ☐ BUSINESS  ☐ REPORTING PERSON  ☒ WITNESS  ☐ PARENT
- 6. LAST NAME: OC J. FERGUSON
- 8. BUSINESS ADDRESS/SCHOOL: OPD

**CRIME:**
- 9. COMMON NAME: POSS COCAINE SALE
- SECTION/SUBSECTION: 11351 H&S
- DATE OCCURRED: 04 OCT 92
- TIME OCCURRED: 0230
- 10. LOCATION: [redacted] – 66 AVE
- DATE REPORTED: 04 OCT 92
- TIME REPORTED: 0230

**SUSPECT 1:** IN CUSTODY FOR THIS OFFENSE: ☒ Y
- 17. LAST NAME: KELLY   FIRST: JAMES   MIDDLE: JR.   SEX: M   RACE: B
- 18. ADDRESS/SCHOOL: [redacted] – 66 AVE
- 19. OTHER DESCRIPTION: BLK & GRY STRIPE SHIRT, BLK JNS

**VEHICLE:**
- 20. LICENSE NUMBER: [redacted]   STATE: CA   YEAR: 88   MAKE: FORD   MODEL: MUST   BODY TYPE: 2D   COLOR: BLU

**EVIDENCE COLLECTED:** ☒ Y
26. OFFICER: M. REILLY   WATCH: GY   DISTRICT: III   SUPERVISOR: RIVERA

JK-00062

ADDITIONAL INFORMATION REPORT
OAKLAND POLICE DEPARTMENT

| 1. Purpose of Report | | | | |
|---|---|---|---|---|
| ☐ Supplemental ☑ Continuation of ☐ Offense ☐ Arrest ☐ Supplemental ☐ Technician | | No. of Arrestees | Incident No. | Page 3 of 5 pages |

2. Crime of Charge and Classification: 11351 H+S
Date of Original Report / Date of This Report

3. Complainant's Name: M. REILLY
Sex / Race / DOB / Address / City/Zip / Home Phone / Bus. Phone

4. Defendant/Suspect – 1 Name: KELLY, JAMES
Offense Location: 66 AVE
Sex / Race / DOB

5. Veh. License No. / State / Year / Make / Model / Color / Driver License No. / State

6. Narrative – List additional persons, charges, suspects, vehicles. Itemize loss, give item values and total loss value. Evidence, itemize, where found, by whom, disposition. Summarize details of the incident in a logical order.

cont T.O:

5) CASH: 7x$100, 12x$50, 84x$20, 88x$10, 92x$5, 27x$1 = $4,620.00 RECOVERED FROM EAST MOST BEDROOM + TURNED IN TO OPD PROP SEC. BY 7353F.

6) 1-SET KEYS, RECOVERED FROM SUSP KELLY R/F PANTS POCKET + TURNED IN TO OPD PROP SEC. BY 7353F.

ADDIT CHRGE: ARMED IN COMMISSION OF FELONY, 12022.5(c)

SUMMARY:

ON 04/07/07, MYSELF + OFC J. FERGUSON #8618 WERE WORKING NARC TASK FORCE UNIT 4435. I HELD IN MY POSSESSION AN ARREST WARRANT FROM 11351 H+S FOR JAMES KELLY ████████. BY RUNNING HIS COL ON OUR COMPUTER, I FOUND THAT HIS MOST RECENT ADDRESS WAS ████-66 AVE. I AM ALSO FAMILIAR W/ THE WELL HIS DUTIES, AN 88 FORD MUST LIC# ████████ WHICH IS REGISTERED TO JAMES KELLY @ ████-66 AVE.

AT APPROX. 0230 HRS MYSELF, OFC FERGUSON, OFC PENTOSO + SGT B. RIVERA ASSISTED BY OTHER OFFICERS ON PERIMETER POSITIONS AT TO SERVE THE WARR. #3G1356, ENDORSED FOR NIGHT SERVICE, ALSO MARKED "THE 4/07/07 04:00" JK 00064

POLICE IN A LOUD VOICE, OFC FERGUSON ( AT LOW ...

# ADDITIONAL INFORMATION REPORT
## OAKLAND POLICE DEPARTMENT

1. Purpose of Report: ☐ Continuation of ☐ Supplemental ☐ Arrest ☐ Offense ☐ Supplemental ☐ Technician
2. Crime or Charge and Classification: 11751 H&S
3. Complainant's Name: [redacted]  Date of Original Report:  Date of This Report: 040805
4. Defendant/Suspect – 1 Name: KELLY, JAMES
5. Veh. License No.: [redacted]

6. Narrative:

CONT'D:

IN THE FRONT WINDOW I COULD SEE KELLY ON THE COUCH ASLEEP. SEE SLIP BY FERGUSON.

THE DOOR WAS ANSWERED BY WILLIAMS. AS SHE OPENED THE DOOR KELLY STOOD + YELLED OUT HIS PANTS AT WHICH TIME HE WAS TAKEN IN TO CUSTODY. OFC FERGUSON FOUND APPROX 2 OZ OF SUSP COCAINE NEAR KELLY. SEE SLIP BY FERGUSON.

I SPOKE TO SHIRLEY KELLY WHO OWNS THE HOUSE + WAS LIVING IN THE BED IN THE NEXT EAST ROOM FROM THE LIVING ROOM (DINING ROOM). I TOLD HER OUR PURPOSE FOR BEING IN THE HOUSE + ASKED HER PERMISSION TO SEARCH IT TO ENSURE THERE WERE NO FIREARMS, NARCOTICS OR OTHER PREMISES. S. KELLY SAID, "GO AHEAD OFFICER. YOU CAN SEARCH ANY WHERE YOU LIKE. I TOLD HIM NOT TO BRING THAT STUFF IN TO MY HOUSE." I SECURED THE HOUSE + FOUND JAMES KELLY IN THE WEST MOST BEDROOM.

I ENCOUNTERED A LOCKED DOOR TO THE EAST MOST ROOM + FEARING FOR MY SAFETY + THAT OF OTHER OFFICERS GIVEN THAT IT IS COMMON FOR PERSONS ENGAGED IN NARC VIOLATIONS TO BE PRONE TO VIOLENCE + ASSOCIATE W/ PEOPLE WHO ARE PRONE TO VIOLENCE CO I UNLOCKED THE DOOR TO

**ADDITIONAL INFORMATION REPORT**
**OAKLAND POLICE DEPARTMENT**

| 1. Purpose of Report | No. of Arrestees | Incident No. | Page 5 of 5 pages | RD No |
|---|---|---|---|---|
| ☐ Supplemental  ☒ Continuation of  ☐ Arrest ☒ Offense ☐ Supplemental ☐ Technician | 1 | | | |

| 2. Crime or Charge and Classification | Date of Original Report | Date of This Report |
|---|---|---|
| 11351 H+S | | 04/00/92 |

| 3. Complainant's Name | Sex | Race | DOB | Address | City/Zip | Home Phone | Bus. Phone |
|---|---|---|---|---|---|---|---|
| M. NEILLY | | | | | | | |

| 4. Offense Location | Defendant/Suspect - 1 Name | Sex | Race | DOB |
|---|---|---|---|---|
| ███ - OAKLAND | KELLY, JAMES | | | |

| 5. Veh. License No. | State | Year | Make | Model | Color | Driver License No. | State |
|---|---|---|---|---|---|---|---|

6. Narrative:

CONT'D

SEVERAL PHOTOS OF KELLY INSIDE ON THE W.A.L.L. I FOUND THE INDICIA ON HIS DRESSER IN PLAIN VIEW. I FOUND EVID #2 (PISTOL) ON THE FLOOR OF THE CLOSET IN PLAIN VIEW. EVID #3 & #5 WERE ALSO FOUND IN THE CLOSET. EVID #1, SUSP COCAINE, WAS FOUND ON HIS DRESSER.

NO STMT WAS TAKEN FROM S. KELLEY AS SHE IS AN INVALID & UNABLE TO SIGN HER NAME. THE VERBAL CONSENT WAS GIVEN IN THE PRESENCE OF OFC FERGUSON, P8270 SD & MYSELF.

KELLY WAS GIVEN AN ASSET FORFEITURE RECEIPT FOR HIS CASH & HIS CAR, ███████, WHICH WERE BOTH SEIZED.

EN ROUTE TO JAIL KELLEY COMPLAINED THAT HE HAD NO WAY TO MAKE BAIL SINCE WE HAD TAKEN ALL OF HIS MONEY.

ENCLOSED IS A COPY OF THE ARREST WARRANT

JK-00066

ADDITIONAL INFORMATION REPORT
OAKLAND POLICE DEPARTMENT

| 1. Purpose of Report | | | | |
|---|---|---|---|---|
| ☐ Supplemental of | ☒ Continuation of | ☐ Arrest | ☒ Offense ☐ Supplemental ☐ Technician | |

| No. of Arrestees | Incident No. | RD No | Page 1 of 2 pages |
|---|---|---|---|

| 2. Crime or Charge and Classification | Date of Original Report | Date of This Report |
|---|---|---|
| Possession Cocaine for Sale (11351.5HS) | 4 Oct 92 | 4 Oct 92 |

| 3. Complainant's Name | Sex | Race | DOB | Address | City/Zip | Home Phone | Bus. Phone |
|---|---|---|---|---|---|---|---|
| M. Reilly | | | | OPD | | | |

| 4. Offense Location | Defendant/Suspect - 1 Name | Sex | Race | DOB |
|---|---|---|---|---|
| 66th Ave | Kelly, James | M | | |

| 5. Veh. License No | State | Year | Make | Model | Color | Driver License No | State |
|---|---|---|---|---|---|---|---|

6. Narrative - List additional persons, charges, suspects, vehicles. Itemize loss, give item values and total loss value. Evidence, itemize, where found, by whom, disposition. Summarize details of the incident in a logical order.

EVIDENCE
(1) (1)EA TORN PAPER BAG CONTAINING (2)EA KNOTTED PLASTIC SANDWICH BAGS WHICH CONTAIN'D WHAT I PRIMARY SUBSTANCE (SUSP) COCAINE. (I RECOVERED FROM CHAIR IN LIVINGROOM AND TURNED IT IN TO THE CRIMINALISTIC SECTION.)

SUMMARY
AT APPROX 0230 HRS, TODAY'S DATE, OFF. M. REILLY AND I RESPONDED TO ▉▉▉ 66TH AVE. FOR THE PURPOSE OF SERVING AN ARREST WARRANT ON JAMES KELLY. I LOOKED INTO THE HOUSE THROUGH THE FRONT LIVING ROOM WINDOW AND I SAW (SUSP) KELLY SLEEPING ON THE COUCH. I RECOGNIZED KELLY THROUGH PRIOR CONTACTS WITH HIM.

OFF REILLY KNOCKED AND ANNOUNCED AT THE FRONT DOOR. THE DOOR WAS ANSWERED BY FALANA WILLIAMS. KELLY WAS SITTING ON HIS PANTS WHILE THE DOOR WAS BEING ANSWERED.

WE ENTERED AND ARRESTED KELLY IN THE LIVING ROOM WITHOUT INCIDENT. I NOTICED A TORN PAPER BAG AND TWO KNOTTED SANDWICH BAGS OF (SUSP) COCAINE, IN PLAIN VIEW, ON THE CHAIR AT THE HEAD OF THE COUCH HE HAD BEEN SLEEPING ON. KELLY WAS ADDITIONALLY CHARGED WITH POSSESSION OF COCAINE FOR SALE (11351.5HS)

JK-00067

I ESCORTED KELLY OUTSIDE AND I SEATED HIM IN THE BACK OF MY POLICE VEH. KELLY SPONTANIOUSLY STATED,

# ADDITIONAL INFORMATION REPORT
## OAKLAND POLICE DEPARTMENT

| 1. Purpose of Report | No. of Arrestees | Incident No. | Page 2 of 2 pages | RD No |
|---|---|---|---|---|
| ☒ Supplemental  ☐ Continuation of  ☐ Arrest  ☐ Offense  ☐ Supplemental  ☐ Technician | | | | |

**2. Crime or Charge and Classification:** POSSESSION COCAINE FOR SALE (11351.5 H&S)
**Date of Original Report:** 4 OCT 92
**Date of This Report:** 4 OCT 92

**3. Complainant's Name:** M. REILLY — OPD

**4. Offense Location:** [redacted] 66TH AVE
**Defendant/Suspect -1 Name:** KELLY, JAMES — M B

**6. Narrative:**

SUMMARY CONTINUED

"WHO WAS I SUPPOSE TO HAVE SOLD TO?" I TOLD HIM THAT IT WAS AN UNDER COVER OFFICER AND HE SPONTANIOUSLY STATED, "I THOUGHT [redacted] [redacted] ALREADY WENT TO JAIL FOR THAT."

I REMAINED OUTSIDE WITH KELLY WHILE OFF REILLY CONDUCTED A CONSENT SEARCH OF THE PREMISES.

I COMPLETED A PROPERTY SEIZURE FORM AND GAVE A COPY TO KELLY.

JK-00068

# CRIME REPORT
## OAKLAND POLICE DEPARTMENT
536-251 (2/91)

| 1 ASSIGN TO | RD NO |
|---|---|
| | [redacted] |

| 2 REPORTING AGENCY | BEAT | INCIDENT NO | NO PERSONS ARRESTED | Page 2 of 5 |
|---|---|---|---|---|
| | | OV | 1 | |

PERSON 1: ☒ COMPLAINANT ☐ BUSINESS

| 3 LAST NAME | FIRST | MIDDLE | SEX | RACE | DOB |
|---|---|---|---|---|---|
| OC M REILLY, 7672P | | | | | |

| 4 HOME ADDRESS | CITY | ZIP | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|

| 5 CRIME COMMON NAME | SECTION CODE | 6 LOCATION | 7 SUSPECT NAME |
|---|---|---|---|
| 11351 H+S | | [redacted] - 66 AVE | KELLY, JAMES JR |

8 NARRATIVE

<u>ADDIT PERSON:</u> WILLIAMS, FALANA FB [redacted]
[redacted] 66 AVE.

KELLY, JAMMY FB [redacted]
[redacted]

KELLY, SHIRLEY, [redacted]
[redacted] - 66 AVE.

<u>EVIDENCE:</u>
1) 1-TIED SANDWICH BAG CONTAINING WHI POWDERY SUBSTANCE SUSP COCAINE. RECOVERED FROM EAST MOST BEDROOM APPROX 29g. TURNED IN TO OPD CRIM SXN BY [redacted]

2) 1-PISTOL, 9mm, INTERARMS CHROME, PEARL HANDLE, #1730751 W/MAGAZINE + 9 RDS AMMO. RECOVERED FROM EAST MOST BEDROOM. TURNED IN TO OPD PROP SXN BY [redacted]

3) MISC DRUG PACKAGING PARAPHERNALIA (CUT, SCREEN, SPOONS, BAGGIES, STRAINER) RECOVERED FROM EAST MOST BEDROOM + TURNED IN TO OPD PROP SXN BY [redacted]

4) MISC INDICIA FOR JAMES KELLEY OF [redacted] - 66 AVE (PHOTOS, BILLS,) RECOVERED FROM EAST MOST BEDROOM

JK-00063