10AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

10:00AM - 11:00AM

**FILED**
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/29/08

Case No: CR-07-00323-DLJ            Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO             Clerk: Frances Stone

Defendant(s):                                            Defense Counsel:

JAMES EARL KELLEY      Present? Y   In Custody? N   JEROME MATTHEWS

                       Present? __  In Custody? __  _____

                       Present? __  In Custody? __  _____

                       Present? __  In Custody? __  _____

                       Present? __  In Custody? __  _____

                       Present? __  In Custody? __  _____

                       Present? __  In Custody? __  _____

US Attorney:           Interpreter:              US Probation Officer:

GARTH HIRE                                        BRIAN CASAI

Reason for Hearing:                              Ruling:

SENTENCING                                        - HELD

COUNT 1: DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 120 MONTHS. DEF PLACED ON SUPERVISED RELEASE 5 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. GOV MOTION TO DISMISS REMAINING COUNTS 2,3,4,5 AND 6 IS GRANTED. VOLUNTARY SURRENDER DATE IS 10/29/08. DEF IS TO REMAIN AT HALFWAY HOUSE UNDER SAME CONDITIONS AS PREVIOUSLY ORDERED- PENDING HIS SURRENDER DATE.

Case continued to: _____ for _____

Case continued to: _____ for _____

Case continued to: _____ for _____
   Motions to be filed by _____; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for Trial

Excludable Delay: Category __ Begins __ Ends __

CC: P.T. SVCS